Jeffrey Trousdale (14814)
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300

*Attorneys for* debtor-in-possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br>**OPULENT VACATIONS, INC.**,<br>Debtor. | Bankruptcy No. 23-21941<br>Chapter 11<br>Honorable Joel T. Marker |

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2023, the ***Debtor's Plan of Reorganization Dated October 25, 2023*** (the "Plan") [Dkt. No. 118]; was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system:

I further hereby certify that on the 2nd day of November, 2023, the Debtor's ***Notice of Hearing on Plan Confirmation, Deadline to Return Ballots and Deadline to File and Serve Objections to Confirmation;*** **and** ***Notice of Order (i) Approving Solicitation Procedures; (ii) Establishing Voting Record Holder Date; (iii) Approving Forms of Ballots; and (iv) Establishing Deadline for Voting on and Objecting to Debtor's Plan;*** **and** ***Notice of Proposed Assumption or Rejection of Executory Contracts and Unexpired Leases in Connection with Confirmation of Plan*** (the "Notice") [Dkt. No. 123] was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system:

I further certify that on **November 2, 2023**, the Notice, Plan and ***Notice of Non-Voting Status for Plan of Reorganization*** were served by regular United States First Class Mail, postage fully pre-paid to the following:

Arizona Department of Revenue
Office of the Arizona Attorney General
2005 N Central Ave
Suite 100
Phoenix, AZ 85004-1546

Arizona Dept. of Revenue
1600 West Monroe Street
Phoenix, AZ 85007-2650

Berkley Specialty Insurance Company
7233 East Butherus
Scottsdale, AZ 85260-2410

California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0001

Charles Lomeli, Tax Collector
Solano County Treasury
PO Box 51094
Los Angeles, CA 90051-5394

City of La Quinta
Attn: Finance Dept.
78-495 Calle Tampico
La Quinta, CA 92253-2839

City of Lake Tahoe
El Dorado County Tax Collector
PO Box 678002
Placerville, CA 95667-8002

City of Palm Desert
Attn: Finance Dept.
73510 Fred Waring Drive
Palm Desert, CA 92260-2578

City of Palm Springs
Attn: Finance Dept.
3200 E Tahquitz Canyon Way
Palm Springs, CA 92262-6959

City of Park City
Finance & Accounting
PO Box 1480
Park City, UT 84060-1480

City of South Lake Tahoe
Attn: Finance Dept.
1901 Lisa Maloff Way Suite 210
South Lake Tahoe, CA 96150-7168

Colorado Department of Revenue
Bankruptcy Unit, Rm 104
1881 Pierce Street
Lakewood, CO 80214-1407

County of El Dorado
Treasurer-Tax Collector
360 Fair Lane
Placerville, CA 95667-4103

David & Carol Porter
PO Box 8770
Prairie Village, KS 66208-0770

David Elizondo
200 North End Apt 14G
New York, NY 10282-7014

Douglas County Treasurer
PO Box 218
Minden, NV 89423-0218

El Dorado County Tax Collector
PO Box 678002
Placerville, CA 95667-8002

Eric P. Lee
Hoggan Lee Hutchinson
1225 Deer Valley Drive, Suite 201
Park City, UT 84060-5205

GALLATIN COUNTY TREASURER
311 WEST MAIN ROOM 103
BOZEMAN MT 59715-4502

Hawaii Department of Taxation
Attn: Payment Section
PO Box 1530
Honolulu, HI 96806-1530

Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Meredith Lodging
19717 Mount Bachelor Drive
Bend, OR 97702-1902

Placer County Tax Collector
2976 Richardson Drive
Auburn, CA 95603-2640

Portoro
382 NE 191st St Sute 53934
Miami, FL 33179-3899

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502-2205

Solano County
675 Texas Street, Suite 1900
Fairfield, CA 94533-6337

D. Ray Strong, Trustee
Berkley Research Group
201 South Main Street
Suite 450
Salt Lake City, UT 84111-2223

Summit County
1885 Ute Blvd.
Park City, UT 84098-7681

Summit County
Snyderville Basin Taxes
1885 Ute Blvd.
Park City, UT 84098-7681

Wasatch County Treasurer
25 N. Main Street
Heber City, UT 84032-1827

I further certify that on **November 2, 2023**, the Notice, Plan and ***Class 1 –Priority Claims*** Ballot were served by regular United States First Class Mail, postage fully pre-paid to the following:

204 Willow Draw, LLC
Susan Oh-Kim
340 Golden Bear Ln
Upland CA 91786-7728

Bonnie Gaines Fair
1547 Cherry Hills Circle
South Lake Tahoe, CA 96150-4946

Brian Schultz
53 S Lindsay Hill Rd
Heber City, UT 84032-4488

Carl Fair
1547 Cherry Hills Circle
South Lake Tahoe, CA 96150-4946

Colby Peck / Premier Realty Associates
4858 Mercury St.
San Diego, CA 92111-2132

Colby R. Peck
1076 Agate St
San Diego CA 92109-1209

Diane Daniell Alpenhof
512 Wetherby Lane
Saint Augustine, FL 32092-1024

George Marget III
13401 Stonegate Road
Midlothian, VA 23113-3961

Hannah Brown
210 Coopersmith Lane
Watersound, FL 32461-8524

Jamie Vance
12906 Pinson Mound Ct
Humble, TX 77346-3790

Jennifer Hegemier
2624 Costebelle Drive
La Jolla, CA 92037-3516

John Piwetz
405 The Bye Way
Elizabethtown, KY 42701-2804

Marni Coyle
c/o Buckingham Properties Lake Tahoe, LLC
1547 Cherry Hills Cir
South Lake Tahoe, CA 96150-4946

Stephanie Nash
1 Country Club Park
Covington, LA 70433-4426

Tyler Wyman
900 Bitner Road, Unit B21
Park City, UT 84098-5440

Tyler Wyman
900 Bitner Rd Apt B21
Park City, UT 84098-5440

Wylie Cox and Diane K Cox
701 E 17th Street
Sand Springs, OK 74063-8145

I further certify that on **November 2, 2023**, the Notice, Plan and ***Class 2 – General Unsecured Claims*** Ballot were served by regular United States First Class Mail, postage fully pre-paid to the following:

204 Willow Draw, LLC
Susan Oh-Kim
340 Golden Bear Ln
Upland CA 91786-7728

2531 Fairway Village LLC
Attn: Michael Yanover
2531 Fairway Village Dr.
Park City, UT 84060-7021

637 Woodside Avenue LLC
153 Wailupe Circle
Honolulu HI 96821-1520

8495 Whale Watch Way, LLC
Attn: Eduardo Rodriguez & Gina Franklin
110 West C Street, Suite 713
San Diego, CA 92101-3906

A Plus Elevators
3588 West Directors Row
Salt Lake City, UT 84104-4590

Admiral Pools
Attn: Dale Eppard
PO Box 17175
San Diego, CA 92177-7175

ADP Payroll Processing Attn: Legal Depar
1 ADP Boulevard
Roseland, NJ 07068-1786

Airbnb, Inc.
888 Brannan St.
San Francisco, CA 94103-4928

Alan Long
5502 Calumet
La Jolla, CA 92037-7605

Alien Services, LLC DBA Copiers Utah
554 W 8360 S
Sandy, UT 84070-6440

Amanda Laing
605 29th Street
Manhattan Beach, CA 90266-2232

American Express Travel Related Services Inc
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Andjela Kessler
ITM LLC
970 Clemntstone Drive NE
Atlanta, GA 30342-2116

Andrew Quartner
AAQ Investments, LLC
6921 Mountain Gate Drive
Bethesda, MD 20817-3900

Appliance Service by Paul, Inc.
397 West 5900 South
Murray, UT 84107-3306

AuVid Automation
1116 W Meadow Glen Way
West Jordan, UT 84088-8418

Basil Lenzo
LLB, B.Eng (Mech.)
MAICD, Suite 177, Level 5
Equus Bldg., 580 Hay St.
Perth, WA 6000 AUSTRALIA

Bespokeworld
Attn: Lara Anabtawi
PO Box 741
11118 Amman Jordan

Better Listing Photos
Attn: Paul Rode
11236 Pacemont Lane
San Diego, CA 92126-4878

Blue Hour Electric
3222 Grape St
San Diego, CA 92102-1236

Bonnie Gaines Fair
1547 Cherry Hills Circle
South Lake Tahoe, CA 96150-4946

BookingPal, Inc.
PO Box 8808
Newport Beach, CA 92658-8808

Bookingsync SAS
Les Chazals
05100 Nevache
FRANCE

Brett Greenwald
8495 SE Mangrove Street
Hobe Sound, FL 33455-2945

Brian Schultz
53 S Lindsay Hill Rd
Heber City, UT 84032-4488

Bruce Sahba
8374 Paseo Del Ocaso
La Jolla, CA 92037-3021

Bryan and Ronda Uhl
463 Wimbleton Drive
Birmingham, MI 48009-7600

Bryan Mader
Mader Family Trust
591 29th Street
Manhattan Beach, CA 90266-2211

Buckingham Properties Lake Tahoe, LLC
1547 Cherry Hills Cir
South Lake Tahoe, CA 96150-4946

Cabrillo Commerce Center
5575 Magnatron Blvd, Suite F/G
San Diego, CA 92111-1309

CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Carl Fair
1547 Cherry Hills Circle
South Lake Tahoe, CA 96150-4946

CartoBlue
P.O. Box 6641
Miramar Beach, FL 32550-1012

Charles Margiotta
2624 Costebelle Dr
La Jolla, CA 92037-3516

Chuck McHenry
6045 S. Cotswald Court
Salt Lake City, UT 84121-6552

Clair's Cleaning
79866 Parkway Esplanade S
La Quinta, CA 92253-4091

Claudia House Cleaning
1720 East 4th St
National City, CA 91950-2712

Coast 2 Coast Vacation Rentals Inc
3025 Boardwalk Suite 275
Ann Arbor, MI 48108-1899

Colby Peck / Premier Realty Associates
4858 Mercury St.
San Diego, CA 92111-2132

Colby R. Peck
1076 Agate St
San Diego CA 92109-1209

Cole Larby
77600 Delaware Place
Plam Desert, CA 92211-8806

Construction Squared LLC
1322 East 4200 South
Milcreek, UT 84124-2525

Corcoran Global Living - Amy Green
1217 Camino Del Mar
Del Mar, CA 92014-2505

Cory Dietrich
316 Marsac Avenue
Park City, UT 84060

Crum & Foster
Specialty Insurance Company
305 Madison Avenue
Morristown NJ 07960-6117

Cynthia Laroche
2151 Solamere Drive
Park City, UT 84060-8811

Dan Millstone
10518 Rountree Road
Los Angeles, CA 90064-3304

Dan Millstone
435 Zuni Drive
Del Mar, CA 92014-2445

David Maltzman
9320 Wilshire Blvd.
Suite 208
Beverly Hills, CA 90212-3217

Day & Night
8618 Westwood Center Drive
Suite LL-100
Vienna, VA 22182-2222

Debbie's Spa Care / Debbie Churchill
PO Box 231348
San Diego, CA 92193-1348

Delta Fire Systems
API Group Life Safety USA, LLC
1507 S Pioneer Rd
Salt Lake City, UT 84104-4113

Desert Valley Maintenance &
Cleaning
51700 Avenida Madero
La Quinta, CA 92253-3114

Designer Media Systems, Inc
2835 East 3100 South
Salt Lake City, UT 84109-2070

Diane Daniell Alpenhof
512 Wetherby Lane
Saint Augustine, FL 32092-1024

Dona Auman
12770 Caminito Real Ste. 100
San Diego, CA 82130

DR Sunshine Properties, LLC
Attn: Monica H. Penner, Managing Member
8677 Villa La Jolla Drive, #1238
La Jolla, CA 92037-2354

Drain Medic RX Plumbing
PO Box 7886
San Diego, CA 92167-0886

Duane S Jenson
1597 South View Drive
St. George, UT 84790

Effect TV
P.O. Box 415949
Boston, MA 02241-5949

ER Laundry Services, Inc.
256 S. Doheny Drive Apt. 2
Beverly Hills, CA 90211-2525

Esmeralda Perez
3776 Christine St
San Diego, CA 92117-1803

Excellence in Window Cleaning
PO Box 462373
Escondido, CA 92046-2373

Expedia Group, Inc.
1111 Expedia Group Way W.
Seattle, WA 98119-1111

FedEx
DEPT LA
PO Box 21415
Pasadena, CA 91185-1415

Flipkey LLC
400 1st Avenue
Needham, MA 02494-2815

Gary Lew
Park Town Partners LLC
23 Railroad Ave. #253
Danville, CA 94526-1106

GEDNGM, LLC
Attn: Dr. Covarrubias
26801 Paseo Atrevida
San Juan Capitstrano, CA 92675-1508

Geiger
70 Mt Hope Ave
Lewiston, ME 04240-1021

George Marget III
13401 Stonegate Road
Midlothian, VA 23113-3961

Green Rose Cleaning Services, LLC
4160 Suisun Valley Rd E414
Fairfield, CA 94534-4016

Greg Carron
7715 Whitefield Place
La Jolla, CA 92037-3810

Gregg Wood
4351 W Canterbury Road
Hurricane, UT 84737-1273

Hannah Brown
210 Coopersmith Lane
Watersound, FL 32461-8524

Harris and Karen Cohen
PO Box 9082
La Jolla, CA 92038-9082

Heather N Hampsten
1050 Rusty Circle
Kamas, UT 84036-9777

HM Design
213 Wild Willow Drive
Francis, UT 84036-9211

Home To Go
Pappelallee 78/79
10437 Berlin Germany

Homes & Villas By Marriott Bonvoy Legal
7750 Wisconsin Ave.
Bethesda, MD 20814-3522

Howard Sewell
2322 Cedar Elm Terrace
Westlake, TX 76262-9030

Integrity Matters in Utah LLC
1225 Deer Valley Drive, Ste. 201
Park City, UT 84060-5205

Iron Mountain
2 Sun Court
Norcross, GA 30092-2865

Isaac Mechan
2363 Avenida De La Playa
La Jolla, CA 92037-3202

Isaac Michan
2363 Avenida De La Playa
La Jolla, CA 92037-3202

ITM LLC
Andjela Kessler
970 Clementstone Dr
Atlanta GA 30342-2116

Jack Waddey
2205 Hampton Avenue
Nashville, TN 37215-1403

Jamie Vance
12906 Pinson Mound Ct
Humble, TX 77346-3790

Jeff & Amy Mader
Mader Eneterprises, LLC
17386 McErlain Street
South Bend, IN 46635-1746

Jeff Jenson
1960 Sidewinder Drive
Suite 212
Park City, UT 84060-7448

Jennifer Hegemier
2624 Costebelle Drive
La Jolla, CA 92037-3516

Jennifer Yee
STJ Investments LLC
10520 San Sicily Street
Las Vegas, NV 89141-0456

Jerry Simms
8373 El Paseo Grande
La Jolla, CA 92037-3012

Jim Christian
220 via San Remo
Newport Beach, CA 92663-5512

Jodi Schwartz & Steve Richman
Two Squabbling Kids LLC
18 Leonard Street PHF
New York, NY 10013-2992

Joe Jachinowski
244 Musterfield Road
Concord, MA 01742-1613

John Piwetz
405 The Bye Way
Elizabethtown, KY 42701-2804

John Rippel
7 Brentwood Court
Sugarland, TX 77479-5659

Jonathan Schmock
Level Four Business Management
11812 San Vicente Blvd, Fourth Floor
Los Angeles, CA 90049-5022

Josh Beaumaitred
1551 Union Street Unit 406
San Diego, CA 92101-3440

JPMS - Paul Mitchell
20705 Centre Pointe Parkway
Santa Clarita, CA 91350-2664

JS MCA Kihei LLC
c/o Kokua Realty, LLC
161 Wailea Ike Place, Ste B-101
Wailea, HI 96753-6502

Juniper Landing HOA
6300 N. Sage Wood Drive STE H-432
Park City, UT 84098-7502

JV Redden LLC of the JDJ Alaska Trust
2292 S Redwood Road
West Valley City, UT 84119-1322

Key Data Dashboard
790 N Co Hwy 393 Ste 3B
Santa Rosa Beach, FL 32459-7019

Kharron Reid
1422 Moreno St
Oceanside, CA 92054-5446

Kris Alan Hoeft
3435 Astoria Ln
Fairfield, CA 94534-2909

Laura Zesati & Juan Zesati
5014 Caminito Vista Lujo
San Diego, CA 92130-2846

Lessen, Inc.
4800 N Scottsdale Rd, Ste 5000
Scottsdale, AZ 85251-7616

LOADS OF FUN LAUNDROMAT LLC
ATTN LOADS OF FUN LAUNDROMAT
446 WEST 1250 SOUTH
SUITE 1
BOUNTIFUL UT 84010-7352

Luxury Mountain Destinations
63 Westwood Road
Park City, UT 84098-4901

Marc Lebowitz
3257 Woodbine Street
Los Angeles, CA 90064-4829

Marni Coyle
c/o Buckingham Properties Lake Tahoe, LLC
1547 Cherry Hills Cir
South Lake Tahoe, CA 96150-4946

Michael Huff
12784 Via Cortina Unit B
(Entrance on Via Aprilia)
Del Mar, CA 92014-3713

Michael Yanover
2351 Fairway Village LLC
2351 Fairway Village Drive
Park City, UT 84060

Michel Goldstein
550 W B St. Floor 4
San Diego, CA 92101-3537

Mission Pest Control
PO Box 261152
San Diego, CA 92196-1152

Mitchell L. Wexler
Mitch & Jill Wesler
7 Seabluff
Newport Beach, CA 92660-9103

Nancy Dodson, CTA
Strong Travel Services
8235 Douglas Avenue, Suite 1115
Dallas, TX 75225-6011

Nancy Dodson
CTA Strong Travel Services
8235 Douglas Avenue, Suite 1115
Dallas, TX 75225-6011

Nexus IT Consultants
650 South 500 West Suite 193
Salt Lake City, UT 84101-2381

Noella A. Ferguson
113-437 Martin Street, Suite 232
Penticton, British Columbia
CANADA V2A 5L1

One Boat / Tahoe.com
PO Box 308
Manteo, NC 27954-0308

One Concier fka Harbor Linen
PO Box 715400
Cincinnati, OH 45271-5400

Park City Chamber Bureau
PO Box 1630
Park City, UT 84060-1630

Park City Coffee Roaster
1764 Uinta Way
Park City, UT 84098-7673

Park City Coffee Roaster
6420 N. Business Park Loop Rd.
Suite D
Park City, UT 84098-6253

Park Town Partners
c/o Gary Lew
881 Baxter Drive, Suite 100
South Jordan, UT 84095-8506

Patrick Hogan
Park City Ski Properties, LLC
20280 N 59th Ave, Ste. 115-624
Glendale, AZ 85308-6850

Paul Karger
Gadicke Family Office
75 Park Plaza
Boston, MA 02116-3941

Paul Morton
3620 Happy Valley Road, Suite 202
Lafayette, CA 94549-6826

Pest Elimination Inc
104 East 600 South, Suite 237
Heber City, UT 84032-2365

PGA West Fairways Association, Inc.
PO Box 1690
La Quinta, CA 92247-1690

Pilar Meza - Real Estate of The Pacific,
16745 West Bernardo Drive, #200
San Diego, CA 92127-1906

Premier Heating & Air Conditioners
PO Box 57401
Murray, UT 84157-0401

Primo Water, Mount Olympus
PO Box 660579
Dallas, TX 75266-0579

Q4Launch
2035 Lakeside Centre Way, Suite 150
Knoxville, TN 37922-6597

Quality Care Pest Control
PO Box 773
Park City, UT 84060-0771

Raphael's Party Rentals
8606 Miramar Road
San Diego, CA 92126-4326

Rapid Fire Protection
1530 Samco Rd
Rapid City, SD 57702-8008

Rental Guardian
241-A Willbrook Blvd
Pawleys Island, SC 29585-7789

Rently / Consumer 2.0, Inc.
PO Box 842886
Los Angeles, CA 90084-2886

Rick Hertel
4343 Von Karman Ave
Newport Beach, CA 92660-2099

Robin Whaley
339 Nautilus Street
La Jolla, CA 92037-5966

Rogge Dunn & Cathy Dewitt Dunn
Ski & Sauna, LLC
500 N Akard Street, Suite 1900
Dallas, TX 75201-6629

Ron Huberman
4534 North Damen Avenue
Chicago, IL 60625-1602

Mark C. Rose
McKay, Burton & Thurman, P.C.
15 West South Temple, Suite 1000
Salt Lake City, UT 84101-1553

Royal Realty
Attn: Jacqueline Little
PO Box 11297
Honolulu, HI 96828-0297

Russell Clingman
RRBS Holdings Management LLC
3107 Oakmont Drive
Sugarland, TX 77479-2487

Russian River Vineyards, LLC
P.O. Box 920
Forestville, CA 95436-0920

RVH KBC 5, LLC
2200 Park Ave Building C, Suite 200
Park City, UT 84060-7246

RVH KBC 5, LLC
PO Box 680240
2200 Park Avenue, Blg C Ste 200
Park City, UT 84060-7246

Safely Insurance
75 5th St NW, Suite 3080
Atlanta, GA 30308-1077

SafelyStay, Inc.
Attn. Mark Neville
PO Box 19124
Atlanta, GA 31126-1124

San Diego BBQ, Inc
1833 Diamond St., Suite 202
San Marcos, CA 92078-5130

San Diego Trash Valet Services
1070 Wilbur Ave
San Diego, CA 92109-2064

San Diego Zoo Wildlife Alliance
P.O. Box 120551
San Diego, CA 92112-0551

Sarah McDevitt
11160 Negley Ave.
San Diego, CA 92131-1833

Sarah McDevitt
909 Prospect Street, 100-D
La Jolla, CA 92037-4131

Scott Bondurant
558 Ridge Road
Winnetka, IL 60093-3926

Scott Grimes
565 I Avenue
Coronado, CA 92118-1637

SDPBC Acquisition dba Pemcor Packaging
5575 Magnatron Blvd Suite F&G
San Diego, CA 92111-1309

SDPBC Acuisition LP DBA Pemcor Packaging
5575 Magnatron Blvd Suite G
San Diego, CA 92111-1309

Sentry West Insurance Services
3860 South 2300 East
Salt Lake City, UT 84109-3438

Shrewd Minnow Sidewinder LLC dba SMS 196
964 E Desert Shrub Dr.
Washington, UT 84780-2551

Shrewd Minnow Sidewinder, LLC
Kensington Investment Company
Matthew B. Hutchinson
1225 Deer Valley Drive, Suite 201
Park City, UT 84060-5205

Shrewd Minnow Sidewinder, LLC
c/o Paul Piper
PO Box 680895
Park City, UT 84068-0895

Sonia & Ramon Soriano
311 Lake Louise Court
Loredo, TX 78041-1926

Sotre'em Self Storage
4595 Mission Bay Drive
Tenant 378760
San Diego, CA 92109-4920

Staples
PO Box 105638
Atlanta, GA 30348-5638

Stephanie Nash
1 Country Club Park
Covington, LA 70433-4426

Steve Brown / Brown Trust
1587 Villa Rica Drive
Henderson, NV 89052-4058

Steve Levine
Steve & Cynthia Levine Living Trust
217 N Tigertail Road
Los Angeles, CA 90049-2803

STJ Investments, LLC
Jennifer Yee, Randall Yee
11675 Glowing Sunset Lane
Las Vegas, NV 89135-1659

Stoel Rives LLP
101 S. Capitol Blvd,. Suite 1900
Boise, ID 83702-7705

Storage Depot
PO Box 4199
Park City, UT 84060-4199

Streamline VRS, LLC
5580 W Chandler Blvd Suite #3
Chandler, AZ 85226-3697

Susan Oh-Kim
Willow Draw LLC
4189 Willow Draw, Unit 204
Park City, UT 84098-6772

Susana Corrigan
12770 El Camino Real, Suite 100
San Diego, CA 92130-2247

Suzanne Brown Designs
444 Retaheim Way
La Jolla, CA 92037-6652

Swen A. Mortenson CPA, Inc.
2292 South Redwood Rd
West Valley City, Utah 84119-1322

Swen Mortenson
1348 E 3300 S
Salt Lake City, UT 84106-3494

Sylvia Bendelstein
PO Box 99292
San Diego, CA 92169-1292

The Carpet Solution LLC
1379 E Lester Dr.
South Weber, UT 84405-9644

Thornton Plumbing and Heating
6790 S 400 West
Midvale, UT 84047-1009

Timely Junk Removal
2644 E Del Rio Street
Gilbert, AZ 85295-9034

TKJ Coastal Management
5580 La Jolla Blvd. #529
La Jolla, CA 92037-7651

Tomer Tourkia
2644 Costebelle Drive
La Jolla, CA 92037-3516

Tracy Allen
1314 South King Steet
2nd FloorHonolulu, HI 96814-1938

Tracy Allen
637 Woodside Avenue LLC
1003 Bishop Street, Suite 2160
Honolulu, HI 96813-6444

Travis Jacobsen / Leo Napoli LLC
1005 N. 50th St.
Phoenix, AZ 85008-5852

Travis Jenson
3875 South Woodland Drive
Kamas, UT 84036-9006

Triple J Property Mgmt.
PO BOX 376
Heber, UT 84032-0376

Troutman Sanders LLP
P.O Box 933652
Atlanta, GA 31193-3652

Twilio
101 Spear Street, Suite 100
San Francisco, CA 94105-1524

Two Squabbling Kids, LLC
Steven F Richman and Jodi J Schwartz
18 Leonard St. PHF
New York, NY 10013-2992

Victor Boctor
4663 95th Avenue NE
Yarrow Point, WA 98004-1302

Vincere Industries, Inc.
73983 Highway 111
Palm Desert, CA 92260-4007

Waterfield Technologies
1 West Third Street, Ste 1115
Tulsa, OK 74103-3515

Well and Good Cleaning
7625 E Redfield Road STE 150
Scottsdale, AZ 85260-2983

Wendy & Brandon Bennett
Tumble B, LLC
22 Habersham Way
Atlanta, GA 30305-2828

William Dean
20895 Viento Valle
Escondido, CA 92025-7869

William Wright
PO Box 444
Thousand Palms, CA 92276-0444

William Wright
Summer Shaw, Shaw & Hanover, PC
44-901 Village Court
Suite B
Palm Desert CA 92260-3814

WSRP, LLC
Attn: Jim Budge, CPA
Partner
155 North 400 West, Suite 400
Salt Lake City, UT 84103-1150

Wylie Cox and Diane K Cox
701 E 17th Street
Sand Springs, OK 74063-8145

Yelp Business Services
350 Mission Street, 10th Floor
San Francisco, CA 94105-2275

Your Personal Handyman-Alex Madrid
4044 Ingraham St
San Diego, CA 92109-5910

Your Welcome
Unit 115, China Works (Workspace), Black
London
United Kingdom SE1 7SJ

I further certify that on **November 2, 2023**, the Notice, Plan and ***Class 3 –Secured Claim of U.S. Small Business Administration*** Ballot were served by regular United States First Class Mail, postage fully pre-paid to the following:

John Gigi
225 South State
Room 2227
Salt Lake City, UT 84138-1195

Small Business Administration
125 South State, Rm 2227
Salt Lake City, UT 84138-1195

U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935-4910

U.S. Small Business Administration
125 South State St., Room 2227
Salt Lake City, UT 84138-1195

I further certify that on **November 2, 2023**, the Notice, Plan and ***Class 4 –Secured Claim of Toyota Financial*** Ballot were served by regular United States First Class Mail, postage fully pre-paid to the following:

Toyota Financial Services
P.O. Box 22171
Tempe, AZ 85285-2171

I further certify that on **November 2, 2023**, the Notice, Plan and ***Class 5 –Secured Claim of Utah State Tax Commission*** Ballot were served by regular United States First Class Mail, postage fully pre-paid to the following:

Utah State Tax Commission
c/o 160 E. 300 So. 5th Floor
PO Box 140874
Salt Lake City, UT 84114-0874

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0266

I further certify that on **November 2, 2023**, the Notice, Plan and ***Class 7 – Equity Interests*** Ballot were served by regular United States First Class Mail, postage fully pre-paid to the following:

Jeff Jenson
1960 Sidewinder Drive
Suite 212Park City, UT 84060-7448

Mark C. Rose
McKay, Burton & Thurman, P.C.
15 West South Temple, Suite 1000
Salt Lake City, UT 84101-1553

I further certify that on **November 2, 2023**, I caused to be served a true and correct copy of the Notice, Plan, and Class 2 Ballots via e-mail to the homeowners whose names and e-mail addresses are shown on Docket No. 21.

I further certify that on **November 2, 2023**, I caused to be served a true and correct copy of the Notice, Plan, Class 1 Ballots, and Class 2 Ballots via e-mail to the guests whose names and e-mail addresses are shown on Docket No. 20.

I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- **John S. Gygi** john.gygi@sba.gov
- **George B. Hofmann** ghofmann@ck.law, mparks@ck.law;apetersen@ck.law
- **Peter J. Kuhn** Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Armstrong@usdoj.gov;Brittany.Eichorn@usdoj.gov
- **Brian M. Rothschild tr** brothschild@parsonsbehle.com, ecf@parsonsbehle.com,docket@parsonsbehle.com;ecf.alert+Rothschild@titlexi.com;cbmr11@trustesolutions.net

- **Nicola G. Suglia** nsuglia@fleischerlaw.com
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov

Dated: November 3, 2023.

**COHNE KINGHORN, P.C.**

/s/ Jeffrey Trousdale

Jeffrey Trousdale
*Attorneys for Opulent Vacations, Inc.*