Jeffrey Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Attorneys for Opulent Vacations, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re<br><br>**OPULENT VACATIONS, INC.,**<br><br>Debtor. | Bankruptcy No. 23-21941 (JTM)<br><br>Chapter 11<br><br>(Subchapter V) |

## BALLOT TABULATION REGISTER

Opulent Vacations, Inc. (the "**Debtor**"), the debtor and debtor-in-possession in this chapter 11 bankruptcy case (the "**Case**"), through counsel, submits this Ballot Tabulation Register, indicating the votes received with respect to the Debtor's *Chapter 11 Plan of Reorganization Dated October 25, 2023* [Docket No. 118] (as it may be amended, the "**Plan**").[1] Capitalized terms used herein are given the same meaning ascribed to them in the Plan.

The Ballots were sent to all creditors and parties-in-interest in the Case, on a Class-by-Class basis, as indicated by the certificate of service filed with the Court. Classes of creditors entitled to vote have expressly accepted the Plan or are presumed to accept the Plan, as set forth below.

[1] To the extent that the Plan is amended, including via stipulations with the United States Small Business Administration and the United States Trustee, such amendments shall not "adversely change the treatment of the claim of any creditor or the interest of any equity security holder who has not accepted in writing the modification, it shall be deemed accepted by all creditors and equity security holders who have previously accepted the plan." Bankr. R. 3019. Accordingly, such amendments shall be deemed accepted by all parties who have accepted the Plan.

(a) Class 1 – Priority Claims. Class 1 consists of Priority Claims. The Debtor received nine Ballots in Class 1, as shown in the Tabulation of Votes, attached hereto as **Exhibit A** (the "**Tabulation**"), and the Summary of Ballots, attached hereto as **Exhibit B** (the "**Summary**"). Class 1 unanimously voted to **accept** the Plan.

(b) Class 2 – General Unsecured Claims. Class 2 consists of the Allowed General Unsecured Claims. The Debtor received thirty (31) Ballots in Class 2, as shown in the Tabulation and Summary. Twenty-four (24) Class 2 Ballots, representing $2,269,613.16 in Claims, voted to accept the Plan. Seven (7) Class 2 Ballots, representing $650,569.31 in Claims, voted to reject the Plan. Because more than one-half of the total voting Ballots, and more than two-thirds of the total voting Claims (77.7% of total voting Claims) voted to accept the Plan, Class 2 voted to **accept** the Plan.[2]

(c) Class 3 – Secured Claim of the SBA. The Debtor received one accepting Ballot from the SBA, in the amount of $547,426.65. Accordingly, Class 3 voted to **accept** the Plan.

(d) Class 4 – Secured Claims of Toyota Financial. The Debtor did not receive any Ballots or objections from the holder of the Class 4 Claim. Under the Tenth Circuit's controlling case, In re Ruti-Sweetwater, Inc., 836 F.2d 1263, 1267-68 (10th Cir. 1988) (presuming acceptance of class of creditors that did not return a ballot and did not timely object to confirmation), Class 4 should be deemed to **accept** the Plan.

(e) Class 5 – Allowed Secured Claims of the USTC. The Debtor received one accepting Ballot from the USTC, in the amount of $68,834.14. Accordingly, Class 5 voted to **accept** the Plan.

(f) Class 6 – Miscellaneous Secured Claims. Class 6 consists of Miscellaneous Secured Claims. The Debtor believes and submits this is an "empty class" with no Claims that exist within this Class. To the extent that any Claims exist within Class 5, the Debtor did not receive any ballot within Class 5, nor did any Class 5 creditor object to confirmation of the Plan. Accordingly, under In re Ruti-Sweetwater, Inc., Class 5 should be deemed to **accept** the Plan.

(g) Class 7 – Equity Interests. Equity Interests are unimpaired under the Plan and are conclusively presumed to **accept** the Plan.

In summary, three classes of Claims unanimously accepted the Plan, Class 2 overwhelmingly voted to accept the Plan, two classes of Claims should be deemed to accept the

[2] Five Ballots, two submitted by Bonnie Gaines Fair and two submitted by Carl Fair (all accepting the Plan), and one submitted by AAQ Investments, LLC (rejecting the Plan), were received after the Voting Deadline. Although those Ballots are counted for the purposes of the tallies submitted herein, Class 2 would still be an accepting Class even if those Ballots are not considered.

Plan, and one class of Equity Interests is conclusively presumed to accept the Plan. No creditor in any class of Claims objected to the Plan, and no class of Claims voted to reject the Plan.

Attached as **Exhibit C** are true and correct copies of all ballots actually received by the Debtor.

Dated: December 11, 2023

**COHNE KINGHORN, P.C.**

/s/ Jeffrey Trousdale
JEFFREY TROUSDALE
Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2023, the foregoing document was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.

- **David P. Billings** dbillings@fabianvancott.com, mbeck@fabianvancott.com
- **Matthew James Burne** matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Bret R Evans** brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com
- **John S. Gygi** john.gygi@sba.gov
- **Tait Meskey** tmeskey@swlaw.com, jritchie@swlaw.com,awayne@swlaw.com,docket_slc@swlaw.com
- **Mark C. Rose** mrose@mbt-law.com, markcroselegal@gmail.com
- **D. Ray Strong tr** rstrong@thinkbrg.com, UT30@ecfcbis.com;drstrong@ecf.axosfs.com
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite** aaronmwaite@agutah.gov

I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

/s/ Jeffrey Trousdale

**EXHIBIT "A"**

OPULENT VACATIONS, INC.
Chapter 11 Case No. 23-21941 (JTM)

*Tabulation of Votes*

| | Total Accepting Votes | | Total Rejecting Votes | | Accepted By | |
|---|---|---|---|---|---|---|
| | Count | Sum ($) | Count | Sum ($) | Count | Sum |
| Class 1 - Priority Unsecured Claims | 8 | 64,933.42 | 0 | - | 8 | 100% |
| Class 2 - General Unsecured Claims | 24 | 2,269,613.16 | 7 | 650,569.31 | 18 | 77.7% |
| Class 3 - Secured Claim of U.S. Small Business Administration | 1 | 547,426.65 | 0 | - | 1 | 100% |
| Class 4 - Secured Claim of Toyota Financial | 0 | 0.00 | 0 | - | 0 | 0% |
| Class 5 - Secured Claim of Utah State Tax Commission | 1 | 68,834.14 | 0 | - | 1 | 100% |
| Class 7 - Equity Interests | 0 | 0.00 | 0 | - | 0 | 0% |
| Total of all Ballots Returned | 34 | 2,950,807.37 | 7 | 650,569.31 | | |

## EXHIBIT "B"

OPULENT VACATIONS, INC.
Chapter 11 Case No. 23-21941 (JTM)

*Summary of Ballots*

| Class | Name | Address | City | State | Zip | Date Completed | Accept or Reject | Number of Shares | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | K. Wiley Cox & Diane K. Cox | 701 E 47th | Sand Springs | OK | 74063 | 11/7/2023 | Accept | $3,350.00 | | |
| 1 | Tyler Wyman | 900 Bitner I | Park City | UT | 84098 | 11/9/2023 | Accept | $4,000.00 | | |
| 1 | Tyler Wyman (DUPLICATE?) | 900 Bitner I | Park City | UT | 84098 | 11/9/2023 | Accept | $4,000.00 | | |
| 1 | John C. Piwetz | 405 The By | Elizabethtow | KY | 42701 | 11/14/2023 | Accept | $3,350.00 | | |
| 1 | Hannah Brown | 1201 Maple | Louisville | KY | 40223 | 11/17/2023 | Accept | $3,350.00 | | |
| 1 | Martin Angel | 5604 Dittm | Dallas | TX | 75229 | 11/3/2023 | Accept | $13,884.50 | | |
| 1 | Colby R. Peck | 1076 Agate | San Diego | CA | 92109 | 11/30/2023 | Accept | $3,520.00 | | |
| 1 | Bonnie Gaines Fair | 1547 Cherr | South Lake T | CA | 96150 | 12/2/2023 | Accept | $14,739.46 | | |
| 1 | Carl Fair | 1547 Cherr | South Lake T | CA | 96150 | 12/2/2023 | Accept | $14,739.46 | | |
| | | | | | | | Totals | $64,933.42 | $0.00 | 100.00% |

*Summary of Ballots*

| Class | Name | Address | City | State | Zip | Date Completed | Accept or Reject | Number of Shares | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Thornton Plumbing and Heating | 6790 S 400 | Midvale | UT | 84047 | 11/6/2023 | Accept | $450.00 | | |
| 2 | Carpet Solutions | 1379 E Lest | Layton | UT | 84405 | 11/8/2023 | Accept | $485.00 | | |
| 2 | K. Wiley Cox & Diane K. Cox | 701 E 47th | Sand Springs | OK | 74063 | 11/7/2023 | Accept | $50,732.00 | | |
| 2 | Shrewd Minnow Sidewinder, LLC | 1225 Deer V | Park City | UT | 84060 | 11/7/2023 | Accept | $4,824.23 | | |
| 2 | Robin De Jourday (formerly Robin | 339 Nautilu | La Jolla | CA | 92037 | 11/9/2023 | Accept | $2,000.00 | | |
| 2 | Daniel Millstone | 10518 Rour | Los Angeles | CA | 90064 | 11/8/2023 | Accept | $18,366.65 | | |
| 2 | Duane S. Jenson | 1597 So. Vi | St. George | UT | 84790 | 11/9/2023 | Accept | $30,000.00 | | |
| 2 | Cole Mathew Larby | 77600 Mou | Palm Desert | CA | 92211 | 10/10/2023 | Accept | $15,365.00 | | |
| 2 | Asuncion Ramos-Soriano | 311 Lake Lo | Laredo | TX | 78041 | 11/9/2023 | Accept | $91,485.35 | | |
| 2 | Swen A. Mortenson | 2292 South | West Valley C | UT | 84119 | 11/17/2023 | Accept | $6,827.61 | | |
| 2 | John C. Piwetz | 405 The By | Elizabethtow | KY | 42701 | 11/14/2023 | Accept | $8,679.58 | | |
| 2 | OneBoat, Inc., dba Tahoe.com | PO Box 308 | Manteo | NC | 27954 | 11/21/2023 | Reject | | $3,359.64 | |
| 2 | Hannah Brown | 1201 Maple | Louisville | KY | 40223 | 11/17/2023 | Accept | $28,397.93 | | |
| 2 | Bryan Mader and Helen Mader | 100 Congre | Austin | TX | 78701 | 11/15/2023 | Reject | | $120,000.00 | |
| 2 | DR Sunshine Properties, LLC | 8677 Villa I | La Jolla | CA | 92037 | 11/6/2023 | Accept | $53,687.65 | | |
| 2 | Silver Stream Advisors, LLC | 3251 W Car | Hurricane | UT | 84737 | 11/29/2023 | Accept | $164,716.00 | | |
| 2 | Alan Long | 5502 Calum | La Jolla | CA | 92037 | 11/27/2023 | Reject | | $20,361.93 | |
| 2 | Safely Stay, Inc. | 75 5th St, S | Atlanta | GA | 30308 | 12/1/2023 | Reject | | $96,176.60 | |
| 2 | 8495 Whale Watch Way, LLC | 110 West C | San Diego | CA | 92101 | 11/29/2023 | Reject | | $259,864.23 | |
| 2 | Ron Huberman | 4534 N. Da | Chicago | IL | 60625 | 11/9/2023 | Accept | $71,000.00 | | |
| 2 | JV Redden, LLC | 2292 S. Red | West Valley C | UT | 84111 | 12/2/2023 | Accept | $712,252.58 | | |
| 2 | John Paul Mitchel Systems | 20705 Cent | Santa Clarita | CA | 91350 | 12/4/2023 | Accept | $71,631.72 | | |
| 2 | Heather Hampsten | 1050 Rusty | Kamas | UT | 84036 | 12/4/2023 | Accept | $37,828.12 | | |
| 2 | Bryan & Ronda Uhl | 463 Wimble | Birmingham | MI | 48009 | 11/27/2023 | Accept | $38,068.56 | | |
| 2 | William E. Wright | PO Box 444 | Thousand Pa | CA | 92276 | 12/4/2023 | Reject | | $60,806.91 | |
| 2 | Jennifer Yee | 11675 Glow | Las Vegas | NV | 89135 | 12/4/2023 | Accept | $58,019.50 | | |
| 2 | Bonnie Gaines Fair | 1547 Cherr | South Lake T | CA | 96150 | 12/2/2023 | Accept | $19,643.84 | | |
| 2 | Bonnie Gaines Fair | 1547 Cherr | South Lake T | CA | 96150 | 12/2/2023 | Accept | $382,754.00 | | |
| 2 | Carl Fair | 1547 Cherr | South Lake T | CA | 96150 | 12/2/2023 | Accept | $382,754.00 | | |
| 2 | Carl Fair | 1547 Cherr | South Lake T | CA | 96150 | 12/2/2023 | Accept | $19,643.84 | | |
| 2 | AAQ Investments, LLC | 6921 Moun | Bethesda | MD | 20817 | 11/23/2023 | Reject | | $90,000.00 | |
| | | | | | | | Totals | $2,269,613.16 | $650,569.31 | 77.72% |

*Summary of Ballots*

| Class | Name | Address | City | State | Zip | Date Completed | Accept or Reject | Number of Shares | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | US Small Business Administration | 125 S State | Salt Lake Cit | UT | 84138 | 12/4/2023 | Accept | $547,426.65 | | |
| | | | | | | | Totals | $547,426.65 | $0.00 | 100.00% |

*Summary of Ballots*

| Class | Name | Address | City | State | Zip | Date Completed | Accept or Reject | Number of Shares | Number of Shares | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Utah State Tax Commission | 210 N 1950 | Salt Lake Cit | UT | 84134 | 11/29/2023 | Accept | $68,834.14 | | |
| | | | | | | | Totals | $68,834.14 | $0.00 | 100.00% |

**EXHIBIT "C"**

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

CAPITAL DISTRICT 208
1 DEC 2023 PM 3 L

US POSTAGE IMI PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

DEC 07 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

84111-523811

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 70,000.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☐

**Rejects the Plan** ☒

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/23/23

(signature)
Signature of holder of Claim, or authorized representative

Andrew Quartner, Managing Member
Please print name of signer, and capacity to sign if representative

AAQ Investments, LLC
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

6921 Mountain Gate Drive
Street Address

Bethesda, MD 20817
City, State and Zip Code

301-919-2502
Telephone Number

aquartner@cellport.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

SAN DIEGO CA 920
27 NOV 2023PM 5 L

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

DEC 0 1 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

84111-523811

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $____________________________.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☐

**Rejects the Plan** ☑

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.</u>**

Date Completed: 11/27/23

[signature]
Signature of holder of Claim, or authorized representative

ALAN LONG
Please print name of signer, and capacity to sign if representative

ALAN LONG
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

5502 CALUMET AVE
Street Address

LA JOLLA, CA 92037
City, State and Zip Code

858-232-3392
Telephone Number

ALONG64072@GMAIL.COM
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

SAN ANTONIO TX 780
13 NOV 2023PM 2 L

US POSTAGE IMI PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

NOV 20 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

84111-523811

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 91,485.35.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/9/2023

[signature]
Signature of holder of Claim, or authorized representative

ASUNCION RAMOS-SORIANO
Please print name of signer, and capacity to sign if representative

ASUNCION RAMOS-SORIANO
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

311 LAKE LOUISE COURT
Street Address

LAREDO TX 78041
City, State and Zip Code

(956) 763-7889
Telephone Number

AGRSORIANO@GMAIL.COM
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

## BALLOT

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 120,000.00 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☐

**Rejects the Plan** ☒

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/15/2023

N. Miller
Signature of holder of Claim, or authorized representative

Nicholas R. Miller, Attorney for Claimants
Please print name of signer, and capacity to sign if representative

Bryan Mader and Helen Mader
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

100 Congress Ave., Suite 1800
Street Address

Austin, Tx 78701
City, State and Zip Code

512-685-6400
Telephone Number

nick.miller@hklaw.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

RENO NV
03 DEC 2023

US POSTAGE
ZIP 84111
02 4W
0000371444
$ 000.63

DEC 06 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

84111$5238

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 1 – PRIORITY CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 14,739.46 .

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.</u>**

Date Completed: 12/2/23

Bonnie Gaines Fair
Signature of holder of Claim, or authorized representative

BONNIE GAINES FAIR
Please print name of signer, and capacity to sign if representative

BONNIE GAINES FAIR
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1547 CHERRY HILLS CIRCLE
Street Address

SOUTH LAKE TAHOE, CA 96150
City, State and Zip Code

530-318-2796
Telephone Number

BONNIE946@SBCGLOBAL.NET
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: <u>jtrousdale@ck.law</u> & <u>mparks@ck.law</u>**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 19,643.84.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.</u>**

Date Completed: 12/2/23

Bonnie Gaines Fair
Signature of holder of Claim, or authorized representative

BONNIE GAINES FAIR
Please print name of signer, and capacity to sign if representative

BONNIE GAINES FAIR
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1547 CHERRY HILLS CIRCLE
Street Address

SOUTH LAKE TAHOE, CA 96150
City, State and Zip Code

530-318-2796
Telephone Number

BONNIE946@SBCGLOBAL.NET
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: <u>jtrousdale@ck.law</u> & <u>mparks@ck.law</u>**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 382,754.00 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 12/2/2023

Bonnie Gaines Fair
Signature of holder of Claim, or authorized representative

BONNIE GAINES FAIR
Please print name of signer, and capacity to sign if representative

BONNIE GAINES FAIR
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1547 CHERRY HILLS CIRCLE
Street Address

SOUTH LAKE TAHOE, CA 96150
City, State and Zip Code

530-318-2796
Telephone Number

BONNIE946@SBCGLOBAL.NET
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

SAN DIEGO CA 920 / SALT LAKE CITY UT 841
30 NOV 2023 PM 5 / 2 DEC 2023 PM 3

US POSTAGE IMI PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

DEC 0 5 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

84111-523811

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |
|---|---|

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 38,068. 56.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 27 Nov 2023

B. Uhl / Ronda Uhl
Signature of holder of Claim, or authorized representative

BRYAN & RONDA UHL
Please print name of signer, and capacity to sign if representative

BRYAN & RONDA UHL
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

463 WIMBLETON DR.
Street Address

BIRMINGHAM, MI 48009
City, State and Zip Code

+1.248.296.0988
Telephone Number

RONDA.UHL@YAHOO.COM
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale

Cohne | Kinghorn

111 East Broadway, 11th Floor
Salt Lake City, UT 84111

RENO NV

02 DEC 2023

US POSTAGE PITNEY BOWES

$000.63⁰

0000371444

DEC 0 6 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 382,154.00.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 12-2-23

[signature]
Signature of holder of Claim, or authorized representative

Carl Fair
Please print name of signer, and capacity to sign if representative

Carl Fair
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1547 Cherry Hills Circle
Street Address

So Lake Tahoe, CA 96150
City, State and Zip Code

530 318 2100
Telephone Number

Carlfair@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

| IF YOU HAVE ANY QUESTIONS |
| --- |
| REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300. |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 19,643.84.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 12·2·23

[signature]
Signature of holder of Claim, or authorized representative

Carl Fair
Please print name of signer, and capacity to sign if representative

Carl Fair
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1547 Cherry Hills Circle
Street Address

So. Lake Tahoe CA 96150
City, State and Zip Code

530·318·2100
Telephone Number

CarlFair@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

## BALLOT

### Class 1 – PRIORITY CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 14,739.46.

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 12·2·23

[signature]
Signature of holder of Claim, or authorized representative

Carl Fair
Please print name of signer, and capacity to sign if representative

Carl Fair
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1847 Cherry Hills Circle
Street Address

So. Lake Tahoe, CA 96150
City, State and Zip Code

530-318-2100
Telephone Number

Carlfair@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STA
FOR THE DISTRICT O

In re:

OPULENT VACATIONS, INC.,

Debtor.

I

**Class 2 – GENERA**

Pursuant to 11 U.S.C. § 1125, OPULENT V
a holder of a Class 2 General Unsecured Claim refe
*Dated October 25, 2023* (the "Plan"). Capitalized ter
meanings specified in the Plan. You should review th

The Plan can be confirmed by the Bankrup
Interests if (i) it is accepted by the holders of two-thi
Class that actually votes on the Plan, or (ii) the Court
case it will be binding on Classes of Claims even if
you must complete, sign and return this Ballot on or b
Bankruptcy Court, it will be binding on you even if y
should receive a separate Ballot for each such Class
which you did not receive a Ballot, you may request
contained at the end of this Ballot. If you hold more
such Class either to accept or reject the Plan. Any ba
will be counted a vote to accept the Plan. The Debtor
that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose be
of $ 485.00 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above her

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized repres
certifies that he or she has received and reviewed a c

**BEFORE DELIVERING YOUR BALLOT TO T**

(a) inserted the information required b

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

SALT LAKE CITY UT 840
8 NOV 2023 PM 4

US POSTAGE PITNEY BOWES
$ 000.63
ZIP 84111
02 4W
0000371444

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

NOV 09 2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 485.00.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: 11/8/23

[signature]
Signature of holder of Claim, or authorized representative

BRADY JAQUES (OWNER)
Please print name of signer, and capacity to sign if representative

BRADY JAQUES
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1379 E LESTER DR.
Street Address

LAYTON UT 84405
City, State and Zip Code

801-804-2792
Telephone Number

BRADY@THECARPETSOLUTIONS.COM
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $___**$71,631.72** _____________________________.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** [X]

**Rejects the Plan** [ ]

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: _12/4/2023_

Signature of holder of Claim, or authorized representative

Peter Bartle, EVP, Legal & Business Affairs

Please print name of signer, and capacity to sign if representative

John Paul Mitchell Systems

**(Fill in area to right)**

Name of holder of Claim (Please print or type)

20705 Centre Pointe Pkwy
Street Address

Santa Clarita, California 91350
City, State and Zip Code

310-248-3888
Telephone Number

peter.bartle@jpms.com Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $________**58,019.50**________________________.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** [X]

**Rejects the Plan** [ ]

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: 12/4/2023

Jennifer Yee
Signature of holder of Claim, or authorized representative

Jennifer Yee
Please print name of signer, and capacity to sign if representative

Jennifer Yee
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

11675 Glowing Sunset Lane
Street Address

Las Vegas, NV 89135
City, State and Zip Code

7022366942
Telephone Number

jennifereyee@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 53,687.65.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.</u>**

Date Completed: 11/6/2023

Monica H. Penner
Signature of holder of Claim, or authorized representative

Monica H. Penner, Manager
Please print name of signer, and capacity to sign if representative

DR Sunshine Properties, LLC
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

8677 Villa La Jolla Drive, #1238
Street Address

La Jolla, CA 92037
City, State and Zip Code

858.245.2883
Telephone Number

monicahpg@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale
C|K Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

METROPLEX MI 480
28 NOV 2023PM 6

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

DEC 0 5 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

84111-522599

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 1 – PRIORITY CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 3,520 .

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.</u>**

Date Completed: 11/30/23

**(Fill in area to right)**

______________________________
Signature of holder of Claim/or authorized representative

Colby R. Peck
Please print name of signer, and capacity to sign if representative

Colby R. Peck
Name of holder of Claim (Please print or type)

1076 Agate St.
Street Address

San Diego CA 92109
City, State and Zip Code

619-577-2006
Telephone Number

Email Colby79@gmail.com

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

| IF YOU HAVE ANY QUESTIONS |
|---|
| REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300. |

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

SN BERNARDINO CA 923
15 NOV 2023PM 7

US POSTAGE IMI PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

NOV 20 2023

84111-523811

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 15,365.00.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 10/10/23

[signature]
Signature of holder of Claim, or authorized representative

Cole Mathew Larby
Please print name of signer, and capacity to sign if representative

Cole Mathew Larby
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

77600 Mountain View
Street Address

Palm Desert CA 92211
City, State and Zip Code

(760) 409-4262
Telephone Number

ColeLarby@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATE
FOR THE DISTRICT OF U

In re:

OPULENT VACATIONS, INC.,

Debtor.

**BAI**

**Class 2 – GENERAL I**

Pursuant to 11 U.S.C. § 1125, OPULENT VAC a holder of a Class 2 General Unsecured Claim referred *Dated October 25, 2023* (the "Plan"). Capitalized terms u meanings specified in the Plan. You should review the Pl

The Plan can be confirmed by the Bankruptcy Interests if (i) it is accepted by the holders of two-thirds i Class that actually votes on the Plan, or (ii) the Court cor case it will be binding on Classes of Claims even if all C you must complete, sign and return this Ballot on or befo Bankruptcy Court, it will be binding on you even if you d should receive a separate Ballot for each such Class of C which you did not receive a Ballot, you may request a I contained at the end of this Ballot. If you hold more tha such Class either to accept or reject the Plan. Any ballot will be counted a vote to accept the Plan. The Debtor res that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf of $ 18,366.65 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized represent certifies that he or she has received and reviewed a copy

**BEFORE DELIVERING YOUR BALLOT TO THE**

(a) inserted the information required by I

(b) cast one vote to accept or reject the Pl

(c) signed and dated this Ballot (and provided the other information) on page 2.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

DENVER CO 802
10 NOV 2023 PM 4 L

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63
02 4W
0000371444

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

NOV 14 2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 18,366.65.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/8/2023

______________________________
Signature of holder of Claim, or authorized representative

Daniel Millstone
Please print name of signer, and capacity to sign if representative

Daniel Millstone
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

10518 Rountree RD
Street Address

Los Angeles, CA 90064
City, State and Zip Code

310-295-7476
Telephone Number

dan@danmillstone.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STA**
**FOR THE DISTRICT O**

In re:

OPULENT VACATIONS, INC.,

Debtor.

**I**

**Class 2 – GENERA**

Pursuant to 11 U.S.C. § 1125, OPULENT V
a holder of a Class 2 General Unsecured Claim refe
*Dated October 25, 2023* (the "Plan"). Capitalized ter
meanings specified in the Plan. You should review th

The Plan can be confirmed by the Bankrup
Interests if (i) it is accepted by the holders of two-thi
Class that actually votes on the Plan, or (ii) the Court
case it will be binding on Classes of Claims even if
you must complete, sign and return this Ballot on or b
Bankruptcy Court, it will be binding on you even if y
should receive a separate Ballot for each such Class
which you did not receive a Ballot, you may request
contained at the end of this Ballot. If you hold more
such Class either to accept or reject the Plan. Any ba
will be counted a vote to accept the Plan. The Debtor
that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose bel
of $______________________________.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above her

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized repres
certifies that he or she has received and reviewed a c

**BEFORE DELIVERING YOUR BALLOT TO T**

(a) inserted the information required b

(b) cast one vote to accept or reject the

(c) signed and dated this Ballot (and provided the other information) on page 2.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

LAS VEGAS NV 890
9 NOV 2023 PM 3 L

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

NOV 14 2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $____________________________.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: __________

Duane S Jenson

Signature of holder of Claim, or authorized representative

DUANE S. JENSON DEBTOR

Please print name of signer, and capacity to sign if representative

DUANE S. JENSON

Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1597 So. VIEW POINT DR.

Street Address

ST GEORGE UTAH 84790

City, State and Zip Code

801-231-1786

Telephone Number

DUANE.JENSON@GMAIL.COM

Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 1 – PRIORITY CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 3,350 .

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: 11/17/23

[signature]
Signature of holder of Claim, or authorized representative

Hannah Brown
Please print name of signer, and capacity to sign if representative

Hannah Brown
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1201 Maple lane
Street Address

louisville, KY 40223
City, State and Zip Code

502-314-5840
Telephone Number

hannahbrown9217@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

## BALLOT

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 28,397.93.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/17/23

[signature]
Signature of holder of Claim, or authorized representative

Hannah Brown
Please print name of signer, and capacity to sign if representative

Hannah Brown
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1201 Maple Lane
Street Address

Louisville, KY 40223
City, State and Zip Code

502-314-5840
Telephone Number

hannahbrown9217@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: OPULENT VACATIONS, INC., Debtor. | Bankruptcy No. 23-21941<br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |
| --- | --- |

# BALLOT

## Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $______________________________.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 12/4/23

Heather N Hampsten
Signature of holder of Claim, or authorized representative

Heather N. Hampsten
Please print name of signer, and capacity to sign if representative

Heather N. Hampsten
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1050 Rusty Circle
Street Address

Kamas, UT 84036
City, State and Zip Code

435-640-1317
Telephone Number

heather.hampsten@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

IF YOU HAVE ANY QUESTIONS

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale
C|K Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

LOUISVILLE KY 400
25 NOV 2023PM 1

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

84111-523811

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 1 – PRIORITY CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 3,350.00 .

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/14/23

Signature of holder of Claim, or authorized representative

John C. Piwetz

Please print name of signer, and capacity to sign if representative

John Piwetz

Name of holder of Claim (Please print or type)

**(Fill in area to right)**

405 The Bye Way

Street Address

Elizabethtown, KY 42701

City, State and Zip Code

270-317-3184

Telephone Number

Email johnp@glowbrands.com

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 8,679.58.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/14/23

[signature]
Signature of holder of Claim, or authorized representative

John C. Piwetz
Please print name of signer, and capacity to sign if representative

John Piwetz
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

405 The Bye Way
Street Address

Elizabethtown, KY 42701
City, State and Zip Code

270-317-3184
Telephone Number

Email johnp@glowbrands.com

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 712,252.58/xxx as of May 10 plus interest $739,981.51/xxx + interest through 10/31/23 = $760,052.2

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: 12/2/23

J V Jensen, Manager
Signature of holder of Claim, or authorized representative

~~JV Redden, LLC~~ Jeff D. Jen
Please print name of signer, and capacity to sign if representative

JV Redden LLC
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

2292 S. Redwood Rd
Street Address

West Valley City, UT 8411
City, State and Zip Code

702-518-0208
Telephone Number

jeffdjenson@gmail.co
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: <u>jtrousdale@ck.law</u> & <u>mparks@ck.law</u>**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT <u>jtrousdale@ck.law</u>, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES
FOR THE DISTRICT OF U

In re:

OPULENT VACATIONS, INC.,

Debtor.

BAL

Class 2 – GENERAL U

Pursuant to 11 U.S.C. § 1125, OPULENT VAC a holder of a Class 2 General Unsecured Claim referred *Dated October 25, 2023* (the "Plan"). Capitalized terms u meanings specified in the Plan. You should review the Pl

The Plan can be confirmed by the Bankruptcy Interests if (i) it is accepted by the holders of two-thirds i Class that actually votes on the Plan, or (ii) the Court con case it will be binding on Classes of Claims even if all C you must complete, sign and return this Ballot on or befor Bankruptcy Court, it will be binding on you even if you d should receive a separate Ballot for each such Class of C which you did not receive a Ballot, you may request a B contained at the end of this Ballot. If you hold more than such Class either to accept or reject the Plan. Any ballot will be counted a vote to accept the Plan. The Debtor rese that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf of $ 4824.23 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representa certifies that he or she has received and reviewed a copy

**BEFORE DELIVERING YOUR BALLOT TO THE**

(a) inserted the information required by It

(b) cast one vote to accept or reject the Pl

(c) signed and dated this Ballot (and provided the other information) on page 2.

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63
02 4W
0000371444

SALT LAKE CITY UT 840
9 NOV 2023 PM 4 L

NOV 14 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 4824.23.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: 11/7/2023

[signature]
Signature of holder of Claim, or authorized representative

Matthew B. Hutchinson, Attorney
Please print name of signer, and capacity to sign if representative

Shrewd Minnow Sidewinder, LLC
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

1225 Deer Valley Drive
Street Address

Park City, UT 84060
City, State and Zip Code

435-731-9191
Telephone Number

Matt@hlhparkcity.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: <u>jtrousdale@ck.law</u> & <u>mparks@ck.law</u>**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111


21 NOV 2023PM 4

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

NOV 2 7 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

84111-523811

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $3,359.64.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☐

**Rejects the Plan** ☑

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/

Michael McOwen

Signature of holder of Claim, or authorized representative

Michael M. McOwen, President

Please print name of signer, and capacity to sign if representative

OneBoat, Inc dba: Tahoe.com

Name of holder of Claim (Please print or type)

**(Fill in area to right)**

P O Box 308

Street Address

Manteo, NC 27954

City, State and Zip Code

252-424-5164

Telephone Number

billing@oneboat.com

Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

RECEIVED
NOV 16 2023
U.S. Small Business Administration
Utah District Office

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 3 – SECURED CLAIM OF THE U.S. SMALL BUSINESS ADMINISTRATION**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 3 Secured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 3 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 3 Claim in the amount of $ 547,424.65.

**Item 2. CLASS 3 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 12/4/2023

[signature]
Signature of holder of Claim, or authorized representative

John Gygi
Please print name of signer, and capacity to sign if representative

U.S. Small Business Administration
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

125 S. State St., Room 2227
Street Address

Salt Lake City, UT 84138
City, State and Zip Code

801.524.3205
Telephone Number

john.gygi@sba.gov
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**
REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 60,806.91.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☐

**Rejects the Plan** ☒

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.</u>**

Date Completed: 12/04/2023

[signature]
Signature of holder of Claim, or authorized representative

William E Wright
Please print name of signer, and capacity to sign if representative

William E Wright
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

P.O Box 444
Street Address

Thousand Palms, CA 92276
City, State and Zip Code

760-275-3154
Telephone Number

wewbill@verizon.net
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 96,176.60 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☐

**Rejects the Plan** ☑

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 12/1/2023

[signature]
Signature of holder of Claim, or authorized representative

MARK A. NEVILLE, PRESIDENT
Please print name of signer, and capacity to sign if representative

SAFELY STAY, INC
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

75 5th ST, SUITE 3080
Street Address

ATLANTA, GA 30308
City, State and Zip Code

470 564 8014
Telephone Number

mark.neville@safely.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of **$164,716.**

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11-29-2023

[signature]
Signature of holder of Claim, or authorized representative

Gregory D. Wood Managing Member
Please print name of signer, and capacity to sign if representative

**(Fill in area to right)**

Silver Stream Advisors, LLC
Name of holder of Claim (Please print or type)

4351 W. Canterbury Rd
Street Address

Hurricane, UT. 84737
City, State and Zip Code

801-574-9856
Telephone Number

Gregg W @ Slvr-Stream.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 1 – PRIORITY CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 13,884.50.

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M. MOUNTAIN TIME, ON DECEMBER 4, 2023.</u>**

Date Completed: 11-3-23

[signature]
Signature of holder of Claim, or authorized representative

MARTIN ANGEL
Please print name of signer, and capacity to sign if representative

MARTIN ANGEL
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

5604 DITTMAR PL
Street Address

DALLAS, TX 75229
City, State and Zip Code

972-743-5029
Telephone Number

MANGEL@MARINEONE.COM
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 1 – PRIORITY CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 13,884.50 .

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M. MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11-3-23

[signature]
Signature of holder of Claim, or authorized representative

MARTIN ANGEL
Please print name of signer, and capacity to sign if representative

MARTIN ANGEL
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

5604 DITTMAR PL
Street Address

DALLAS, TX 75229
City, State and Zip Code

972-743-5029
Telephone Number

MANGEL@MARINEONE.COM
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STAT**
**FOR THE DISTRICT OF**

In re:

OPULENT VACATIONS, INC.,

Debtor.

**BA**

**<u>Class 2 – GENERAL</u>**

Pursuant to 11 U.S.C. § 1125, OPULENT VAC a holder of a Class 2 General Unsecured Claim referre *Dated October 25, 2023* (the "Plan"). Capitalized terms meanings specified in the Plan. You should review the F

The Plan can be confirmed by the Bankruptcy Interests if (i) it is accepted by the holders of two-thirds Class that actually votes on the Plan, or (ii) the Court co case it will be binding on Classes of Claims even if all you must complete, sign and return this Ballot on or bef Bankruptcy Court, it will be binding on you even if you should receive a separate Ballot for each such Class of which you did not receive a Ballot, you may request a contained at the end of this Ballot. If you hold more tha such Class either to accept or reject the Plan. Any ballot will be counted a vote to accept the Plan. The Debtor res that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf of $ 2,000.00 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representat certifies that he or she has received and reviewed a copy

**BEFORE DELIVERING YOUR BALLOT TO THE**

(a) inserted the information required by Ite

(b) cast one vote to accept or reject the Pla

(c) signed and dated this Ballot (and provi

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63
02 4W
0000371444

SAN DIEGO CA 920
9 NOV 2023 PM 2 L

NOV 14 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: OPULENT VACATIONS, INC., Debtor. | Bankruptcy No. 23-21941<br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |
|---|---|

## BALLOT

### Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 2,000.00 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: 11/9/23

Robin De Jourday Spiers
Signature of holder of Claim, or authorized representative

Robin De Jourday (formerly Robin Whaley)
Please print name of signer, and capacity to sign if representative

Robin Whaley
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

339 Nautilus Street
Street Address

LaJolla, CA 92037
City, State and Zip Code

858-583-3011
Telephone Number

robin92037@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email:** jtrousdale@ck.law **&** mparks@ck.law

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

CAROL STREAM IL 601
27 NOV 2023PM 5 L

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63⁰
02 4W
0000371444

DEC 04 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

84111-523811

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $71,000.00.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: 11-9-23

[signature]
Signature of holder of Claim, or authorized representative

Ron Huberman
Please print name of signer, and capacity to sign if representative

Ron Huberman
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

4534 N. Damen
Street Address

Chicago, IL 60625
City, State and Zip Code

312-287-3895
Telephone Number

huberman.ron@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63[0]
02 4W
0000371444

NOV 2 0 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

841118523B C013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

## BALLOT

### Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $______________________________.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/17/23

[signature]
Signature of holder of Claim, or authorized representative

Swen A Mortenson
Please print name of signer, and capacity to sign if representative

Swen A Mortenson CPA, Inc
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

2292 South Redwood Rd
Street Address

West Valley City, Utah 84119
City, State and Zip Code

801-466-0041 801-466-0041
Telephone Number

Swen@MortensonCPA.Com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STAT**
**FOR THE DISTRICT OF**

In re:

OPULENT VACATIONS, INC.,

Debtor.

**B**

**Class 2 – GENERAI**

Pursuant to 11 U.S.C. § 1125, OPULENT VA a holder of a Class 2 General Unsecured Claim referr *Dated October 25, 2023* (the "Plan"). Capitalized term meanings specified in the Plan. You should review the

The Plan can be confirmed by the Bankrupt Interests if (i) it is accepted by the holders of two-third Class that actually votes on the Plan, or (ii) the Court c case it will be binding on Classes of Claims even if al you must complete, sign and return this Ballot on or be Bankruptcy Court, it will be binding on you even if yo should receive a separate Ballot for each such Class of which you did not receive a Ballot, you may request a contained at the end of this Ballot. If you hold more t such Class either to accept or reject the Plan. Any ball will be counted a vote to accept the Plan. The Debtor r that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose beha of $ 450 00.

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereb

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized represen certifies that he or she has received and reviewed a cop

**BEFORE DELIVERING YOUR BALLOT TO TH**

(a) inserted the information required by

(b) cast one vote to accept or reject the P

(c) signed and dated this Ballot (and pro

SALT LAKE CITY UT 840
7 NOV 2023 PM 1 L

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63
02 4W
0000371444

NOV 0 9 2023

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 450.00 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/6/2023

(signature)
Signature of holder of Claim, or authorized representative

D. Sean Fazzio, CFO
Please print name of signer, and capacity to sign if representative

Thornton Plumbing and Heating
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

6790 So. 400 W
Street Address

Midvale UT 84047
City, State and Zip Code

801-565-7948 x 110
Telephone Number

seanf@floor-heat.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED ST**
**FOR THE DISTRICT (**

In re:

OPULENT VACATIONS, INC.,

Debtor.

**Class 1 – I**

Pursuant to 11 U.S.C. § 1125, OPULENT \
a holder of a Class 1 Priority Claim referred to in the
*25, 2023* (the "Plan"). Capitalized terms used in tl
specified in the Plan. You should review the Plan ca

The Plan can be confirmed by the Bankru
Interests if (i) it is accepted by the holders of two-th
Class that actually votes on the Plan, or (ii) the Cour
case it will be binding on Classes of Claims even if
you must complete, sign and return this Ballot on or
Bankruptcy Court, it will be binding on you even if
should receive a separate Ballot for each such Class
which you did not receive a Ballot, you may reque
contained at the end of this Ballot. If you hold mor
such Class either to accept or reject the Plan. Any b
will be counted a vote to accept the Plan. The Debtc
that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose b
of $ 4,000.00 .

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above he

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized repre
certifies that he or she has received and reviewed a

**BEFORE DELIVERING YOUR BALLOT TO**

(a) inserted the information required

(b) cast one vote to accept or reject tl

(c) signed and dated this Ballot (and provided the other information) on page 2.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

SALT LAKE CITY UT 840
9 NOV 2023 PM 4

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63[0]
02 4W
0000371444

NOV 14 2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 1 – PRIORITY CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 4,000.00.

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/9/23

[signature]

Signature of holder of Claim, or authorized representative

Tyler Wyman

Please print name of signer, and capacity to sign if representative

Tyler Wyman

Name of holder of Claim (Please print or type)

**(Fill in area to right)**

900 Bitner Rd B21

Street Address

Park City UT 84098

City, State and Zip Code

435.631.1897

Telephone Number

wymo823@gmail.com

Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STAT
FOR THE DISTRICT OF

In re:

OPULENT VACATIONS, INC.,

Debtor.

**BA**

**Class 1 – PRI**

Pursuant to 11 U.S.C. § 1125, OPULENT VA a holder of a Class 1 Priority Claim referred to in the ac *25, 2023* (the "Plan"). Capitalized terms used in this specified in the Plan. You should review the Plan caref

The Plan can be confirmed by the Bankrupto Interests if (i) it is accepted by the holders of two-thirds Class that actually votes on the Plan, or (ii) the Court co case it will be binding on Classes of Claims even if all you must complete, sign and return this Ballot on or bef Bankruptcy Court, it will be binding on you even if you should receive a separate Ballot for each such Class of which you did not receive a Ballot, you may request a contained at the end of this Ballot. If you hold more th such Class either to accept or reject the Plan. Any ballo will be counted a vote to accept the Plan. The Debtor re that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behal of $ 4,000.00 .

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereb

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized represen certifies that he or she has received and reviewed a cop

**BEFORE DELIVERING YOUR BALLOT TO THI**

(a) inserted the information required by

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2, and

(c) signed and dated this Ballot (and provided the other information) on page 2.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

SALT LAKE CITY UT 840
9 NOV 2023 PM 4

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63
02 4W
0000371444

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

NOV 14 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 1 – PRIORITY CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 4,000.00 .

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: 11/9/23

[signature]
Signature of holder of Claim, or authorized representative

Tyler Wyman
Please print name of signer, and capacity to sign if representative

Tyler Wyman
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

900 Bitner Rd B21
Street Address

Park City, UT 84098
City, State and Zip Code

435.631.1897
Telephone Number

wymo823@gmail.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 5 – SECURED CLAIM OF UTAH STATE TAX COMMISSION

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 5 Secured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 5 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 5 Claim in the amount of $ 68,834.14.

**Item 2. CLASS 5 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☒

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: Nov 29, 2023

[signature]
Signature of holder of Claim, or authorized representative

Aaron Waite, Counsel
Please print name of signer, and capacity to sign if representative

Utah State Tax Commission
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

210 N 1950 W
Street Address

SLC, UT 84134
City, State and Zip Code

aaronmwaite@agutah.gov
Telephone Number

801-386-3627
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

# BALLOT

## Class 2 – GENERAL UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 259,864.23 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☐

**Rejects the Plan** ☑

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/29/2023

[signature]
Signature of holder of Claim, or authorized representative

José Cabrera Authorized Signatory
Please print name of signer, and capacity to sign if representative

8495 Whale Watch Way, LLC
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

110 West C street Suite 713
Street Address

San Diego CA 92101
City, State and Zip Code

619 252 8225
Telephone Number

jcabrera@san.rr.com
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

IF YOU HAVE ANY QUESTIONS
REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

IN THE UNITED STA
FOR THE DISTRICT O

In re:

OPULENT VACATIONS, INC.,

Debtor.

**Class 1 – P**

Pursuant to 11 U.S.C. § 1125, OPULENT V
a holder of a Class 1 Priority Claim referred to in the
*25, 2023* (the "Plan"). Capitalized terms used in thi
specified in the Plan. You should review the Plan car

The Plan can be confirmed by the Bankrup
Interests if (i) it is accepted by the holders of two-thir
Class that actually votes on the Plan, or (ii) the Court
case it will be binding on Classes of Claims even if a
you must complete, sign and return this Ballot on or b
Bankruptcy Court, it will be binding on you even if yo
should receive a separate Ballot for each such Class
which you did not receive a Ballot, you may request
contained at the end of this Ballot. If you hold more
such Class either to accept or reject the Plan. Any bal
will be counted a vote to accept the Plan. The Debtor
that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose beh
of $ 3,350.00.

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above here

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized represe
certifies that he or she has received and reviewed a co

**BEFORE DELIVERING YOUR BALLOT TO TH**

(a) inserted the information required by

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

Jeffrey Trousdale
Cohne | Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, UT 84111

TULSA OK 740
7 NOV 2023 PM 2

US POSTAGE PITNEY BOWES
ZIP 84111 $ 000.63
02 4W
0000371444

Opulent Vacations, Inc.
c/o Ballot Tabulation
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

NOV 10 2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 1 – PRIORITY CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 1 Priority Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 1 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 1 Claim in the amount of $ 3,350.00 .

**Item 2. CLASS 1 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023.**

Date Completed: 11/7/23

K. Wiley Cox, Diane K. Cox
Signature of holder of Claim, or authorized representative

K. Wiley Cox, Diane K. Cox
Please print name of signer, and capacity to sign if representative

K. Wiley & Diane K. Cox
Name of holder of Claim (Please print or type)

**(Fill in area to right)**

701 E 17th St.
Street Address

Sand Springs, Ok 74063
City, State and Zip Code

(918) 241-8238
Telephone Number

kw.cox@cox.net
Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>OPULENT VACATIONS, INC.,<br><br>Debtor. | Bankruptcy No. 23-21941<br><br>Chapter 11<br>(Subchapter V)<br>Hon. Joel T. Marker |

**BALLOT**

**Class 2 – GENERAL UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1125, OPULENT VACATIONS, INC. (the "Debtor"), hereby solicits your vote as a holder of a Class 2 General Unsecured Claim referred to in the accompanying *Debtor's Plan of Reorganization Dated October 25, 2023* (the "Plan"). Capitalized terms used in this Ballot and not otherwise defined herein have the meanings specified in the Plan. You should review the Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims or Interests if (i) it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan, or (ii) the Court confirms the Plan under Bankruptcy Code § 1191(b), in which case it will be binding on Classes of Claims even if all Classes of Claims reject the Plan. To have your vote count, you must complete, sign and return this Ballot on or before the deadline stated below. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in more than one Class, you should receive a separate Ballot for each such Class of Claims. If you believe that you have a Claim in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the Debtor pursuant to the instructions contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any ballot marked so as to partially reject and partially accept the Plan will be counted a vote to accept the Plan. The Debtor reserves the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

**Item 1. AMOUNT OF CLASS 2 CLAIM**

The Person who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 Claim in the amount of $ 50,732.00 .

**Item 2. CLASS 2 CREDITOR VOTE**

The holder of the Claim set forth in Item 1 above hereby (please check one):

**Accepts the Plan** ☑

**Rejects the Plan** ☐

**Item 3. CERTIFICATION**

The undersigned, as the holder (or authorized representative thereof) of the Claim in the amount set forth in Item 1, certifies that he or she has received and reviewed a copy of the Debtor's Plan.

**BEFORE DELIVERING YOUR BALLOT TO THE DEBTOR PLEASE CONFIRM THAT YOU HAVE:**

(a) inserted the information required by Item 1;

(b) cast one vote to accept or reject the Plan by checking the appropriate box in Item 2; and

(c) signed and dated this Ballot (and provided the other information) on page 2.

**PLEASE MAIL YOUR BALLOT PROMPTLY! <u>YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR SIGNED BALLOT IS RECEIVED BY 11:59 P.M., MOUNTAIN TIME, ON DECEMBER 4, 2023</u>.**

Date Completed: 11/7/23

K Wiley Cox, Diane K Cox

Signature of holder of Claim, or authorized representative

K. Wiley Cox, Diane K. Cox

Please print name of signer, and capacity to sign if representative

K. Wiley & Diane K. Cox

Name of holder of Claim (Please print or type)

**(Fill in area to right)**

701 E 17th St

Street Address

Sand Springs, OK 74063

City, State and Zip Code

(918) 241-8238

Telephone Number

kw.cox@cox.net

Email

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL OR OVERNIGHT COURIER, EMAIL, OR USE THE POSTAGE PRE-PAID ENVELOPE PROVIDED TO:**

**Opulent Vacations, Inc., c/o Ballot Tabulation**
**Cohne Kinghorn, P.C.**
**111 East Broadway, 11th Floor**
**Salt Lake City, Utah 84111**
**Email: jtrousdale@ck.law & mparks@ck.law**

**IF YOU HAVE ANY QUESTIONS**

REGARDING THIS BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT COUNSEL FOR THE DEBTOR, JEFFREY TROUSDALE, (A) BY MAIL AT THE ABOVE-STATED ADDRESS, (B) VIA E-MAIL AT jtrousdale@ck.law, (C) VIA FACSIMILE AT 801.363.4378, OR (D) BY TELEPHONE AT 801.363.4300.