DocuSign Envelope ID: 36DB66DB-611A-4D97-AFC2-50206C64DABB

***Prepared by:***

Jeffrey Trousdale (14814)
**Cohne Kinghorn, P.C.**
111 E. Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: 801-363-4300
Email: jtrousdale@ck.law

Attorneys for Debtor-in-Possession
Opulent Vacations, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re<br><br>**OPULENT VACATIONS, INC.**,<br><br>Debtor. | Bankruptcy No. 23-21941 (JTM)<br><br>Chapter 11<br><br>(Subchapter V) |

**DECLARATION OF JEFFREY JENSON IN SUPPORT OF CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**

JEFFREY JENSON declares as follows:

1. I am an individual over the age of eighteen (18). If called as a witness, I could and would testify from my own personal knowledge regarding the matters set forth in this Declaration.

2. I am the Director and Chief Executive Officer of Opulent Vacations, Inc., the debtor and debtor-in-possession (the "**Debtor**") in the above-captioned chapter 11 case (the "**Case**").

3. This Declaration is submitted in support of confirmation of the *Debtor's Plan of Reorganization dated October 25, 2023* [Docket No. 118] (as it may be amended, the "**Plan**"). The Debtor is seeking confirmation of the Plan pursuant to subchapter V of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), and specifically pursuant to section 1191(a) of the Bankruptcy Code.

DocuSign Envelope ID: 36DB66DB-611A-4D97-AFC2-50206C64DABB

4. The Court has scheduled a hearing on December 14, 2023, at 2:00 p.m., to consider the Debtor's request for confirmation of the Plan. All capitalized terms used herein shall have the meaning ascribed thereto in the Plan unless otherwise defined.

5. I am familiar with the Plan and actively assisted in formulating and preparing the Plan.

6. Subchapter V of Chapter 11 of the Bankruptcy Code Applies. Pursuant to § 103(i), the Debtor (a) is a "debtor" as defined in § 1182, and (b) elected that subchapter V of chapter 11 shall apply to this Case.

i. The Debtor is a person engaged in commercial or business activities that has aggregate noncontingent liquidated secured and unsecured debts as of the Petition Date in an amount not more than $7,500,000 (excluding debts owed to 1 or more affiliates or insiders) not less than 50 percent of which arose from the commercial or business activities of the Debtor.

ii. The Debtor is not a person whose primary activity is the business of owning single asset real estate.

iii. The Debtor is not a member of a group of affiliated debtors that has aggregate noncontingent liquidated secured and unsecured debts in an amount greater than $7,500,000 (excluding debt owed to 1 or more affiliates or insiders).

iv. The Debtor is not a corporation subject to the reporting requirements under section 13 or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78m or 78o(d)).

v. The Debtor is not an affiliate of an issuer as defined in section 3 of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78c).

7. Plan Complies with Bankruptcy Code – § 1129(a)(1). The Plan complies with the applicable provisions of the Bankruptcy Code. Without limitation –

i. Proper Classification. As required by § 1123(a)(1), Article 3 of the Plan properly designates Classes of Claims and classifies only substantially similar Claims in the same classes pursuant to § 1122.

ii. Specify Unimpaired Classes. There are no unimpaired Classes of Claims and one unimpaired Class of Equity Interests under the Plan, which are specified in Article 4 of the Plan.

iii. Specify Treatment of Impaired Classes. Article 4 of the Plan specifies the treatment of the impaired Classes of Claims (Classes 1 – 6), thereby satisfying § 1123(a)(3).

iv. No Discrimination. The Plan provides for the same treatment for each Claim or Interest in each respective Class, unless the holder(s) of a particular Claim(s) has agreed to less favorable treatment with respect to such Claim, thereby satisfying § 1123(a)(4).

v. Implementation of Plan. The Plan provides adequate and proper means for its implementation, thereby satisfying § 1123(a)(5). Among other things, Articles 5 and 6 of the Plan provide for (a) the vesting of the property of the Debtor and its chapter 11 bankruptcy Estate in the Reorganized Debtor, (b) the Reorganized Debtor's use and retention of property, (c) the contribution of the Debtor's projected Disposable Income for five years to fund Plan Payments, plus "true ups" every year to ensure that creditors receive the upside, if any, if the Debtor performs better than it presently is projected to perform, and (d) distributions to creditors.

vi. Corporate Charter Provision Inapplicable. Section 1123(a)(6) is satisfied in that the Plan does not provide for the issuance of nonvoting equity securities. Without limitation, the Plan specifies that (a) the Reorganized Debtor will remain under its

current corporate structure, and (b) does not provide for the issuance of any non-voting "securities" of a corporation.

vii. Selection of Manager(s). Article 5.1(a) of the Plan designates and discloses me, Jeff Jenson, as the President and CEO of the Reorganized Debtor. I am familiar with the Debtor's business and operations, and I believe that I am the person best suited to ensure that the Reorganized Debtor performs under the Plan. There are no provisions in the Plan regarding the manner of selection of the Reorganized Debtor's directors and officers, or such provisions are consistent with the interests of creditors and with public policy. Thus, § 1123(a)(7) is satisfied.

viii. Additional Plan Provisions. The Plan's provisions are appropriate and consistent with the applicable provisions of the Bankruptcy Code, including provisions regarding (a) the assumption and/or rejection of executory contracts and unexpired leases, (b) the retention and enforcement by the Debtor of claims under chapter 5 of the Bankruptcy Code and under applicable non-bankruptcy law, and (c) modification of the rights of holders of secured claims. Thus, § 1123(b) is satisfied.

ix. Bankruptcy Rule 3016(a). The Plan is dated and identifies the Debtor as its proponent, thereby satisfying Bankruptcy Rule 3016(a).

x. Filing of the Plan – § 1189. The Plan was filed by the Debtor. On August 9, 2023, the Debtor obtained an extension of the deadline to file the Plan (originally set as August 14, 2023) to October 13, 2023. The Debtor filed its first version of the Plan on October 13, 2023, which was consistent with the extension granted by the Bankruptcy Court. Accordingly, the requirements of § 1189 are satisfied.

xi. Contents of Plan – § 1190(1). The Plan includes (A) a brief history of the business operations of the Debtor, (B) a liquidation analysis, and (C) projections

with respect to the ability of the Debtor to make payments under the Plan. Thus, the requirements of § 1190(1) are satisfied.

xii. Contents of Plan – § 1190(2). The Plan dedicates the projected Disposable Income of the Debtor to be used for distributions under the Plan, to be distributed by the Debtor. Because the Plan is anticipated to be confirmed under § 1191(a), and not pursuant to § 1191(b), §§ 1194(a) and 1194(b) should not apply. Accordingly, the Reorganized Debtor shall be responsible for making distributions as called for under the Plan. Thus, the requirements of § 1190(2) are satisfied.

xiii. Contents of Plan – § 1190(3). § 1190(3) does not apply.

8. The Plan and the Proponent Comply with the Bankruptcy Code. To the best of my knowledge, the Plan complies with the applicable provisions of the Bankruptcy Code. Likewise, to the best of my knowledge, the Debtor has complied with the applicable provisions of the Bankruptcy Code. Thus, §§ 1129(a)(1) and (a)(2) are satisfied. Among other things:

i. the Debtor is the proper proponent of the Plan under § 1189(a);

ii. the Confirmed Plan complies, and Debtor has complied, generally with applicable provisions of the Bankruptcy Code; and

iii. the Debtor has complied with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and orders of the Bankruptcy Court in transmitting the Plan, ballots, related documents and notices, and in soliciting and tabulating votes on the Plan.

9. Good Faith. The Debtor filed the Bankruptcy Case in good faith and for a valid bankruptcy purpose. Additionally, the Plan is proposed in good faith and not by any means forbidden by law, and therefore complies with the requirements of § 1129(a)(3). Among other things:

i. the Debtor filed this chapter 11 Case, and the Debtor has proposed the Plan for a valid bankruptcy purpose;

ii. neither this Case nor the Plan was filed as a litigation tactic or for delay;

iii. the Debtor has been, and is, actively prosecuting this Case;

iv. the Debtor has utilized the "breathing room" afforded to it by the Bankruptcy Code to catch up on accounting backlogs and reevaluate its business;

v. the Debtor proposed the Plan with the legitimate and honest purpose of, among other things, providing the Debtor with a "breathing spell" to recover from collections efforts by creditors, reorganizing the Debtor's financial affairs, and providing a meaningful return to creditors;

vi. the Plan is the fruit of arms-length negotiations with creditors and includes input from the Trustee appointed under § 1183;

vii. the Plan contemplates that the Debtor will use earnings from its business operations to make distributions to the holders of Allowed Claims; and

viii. the Plan contemplates that the claims of creditors will be satisfied by cash distributions to the holders of Allowed Claims, to be paid directly by the Debtor.

10. Payments for Services or Costs and Expenses. Any payment made or to be made under the Confirmed Plan for services or for costs and expenses in or in connection with the Bankruptcy Case prior to the Effective Date, including all fees and expenses incurred by Professionals, has been approved by, or is subject to the approval of, the Court as reasonable, thereby satisfying § 1129(a)(4).

11. Manager(s) of the Reorganized Debtor. The Plan and other filings of record identify the Reorganized Debtor's officers and management and the nature of their compensation, which is fixed for the Plan Period. The proposed service of the Debtor's officers and managers is consistent with the interests of the holders of Claims and with public policy, because I am the person with the most knowledge of the Debtor's business and operations, I

DocuSign Envelope ID: 36DB66DB-611A-4D97-AFC2-50206C64DABB

believe that my management of the Reorganized Debtor will give it the best chance to succeed under the Plan. Therefore, the Debtor has complied with § 1129(a)(5).

12. No Rate Changes. The Confirmed Plan satisfies § 1129(a)(6) because the Confirmed Plan does not provide for any change in rates over which a governmental regulatory commission has jurisdiction.

13. Best Interests of Creditors Test. The Plan was accepted by all Classes of Claims and Interests. Further and in any event, the Plan provides that each holder of a Claim will receive or retain under the Plan on account of its Claim property of a value, as of the Effective Date of the Plan, that is not less than the amount such holder would receive or retain if the Case were converted to chapter 7, and the Estate were liquidated by a chapter 7 trustee.

i. I participated in preparing the Plan, including the plan projections provided as Exhibit A to the Plan (the "**Plan Projections**") and the liquidation analysis provided as Exhibit B to the Plan (the "**Liquidation Analysis**"). To the best of my information and belief, the Liquidation Analysis attached to the Plan is a true and accurate estimate and comparison of the distributions creditors are anticipated to receive under the Plan compared against a hypothetical distribution in a chapter 7 case. I offer the Liquidation Analysis in support of confirmation of the Plan.

ii. To the best of my knowledge and belief, the Plan Projections are true and accurate estimates of the Debtor's projected cash flow and resulting projected Disposable Income, which will be used to fund Plan Payments. I offer the Plan Projections in support of confirmation of the Plan.

iii. Simply put, I believe that creditors will receive far greater distributions under the Plan than they would in a hypothetical chapter 7 case, because the Debtor has greater potential earning capacity as a going-concern business, as opposed to being liquidated. This is particularly true because all of the Debtor's physical assets (which are few) are subject to liens that exceed their values, and because the Debtor

primarily generates its income as a services business---and thus, must continue to provide services to generate income.

14. Acceptance by Certain Classes. All Classes of Claims and Interests have accepted the Plan or are deemed to have accepted the Plan, or are unimpaired by the Plan, thereby satisfying § 1129(a)(8). No Class of Claims or Interests has rejected the Plan.

15. Treatment of Administrative Expense Claims and Priority Tax Claims. The Confirmed Plan satisfies the requirements of §§ 1129(a)(9) and 1191(e). Except to the extent the holder of a particular Claim agrees to a different treatment, the Confirmed Plan specifies that Administrative Expense Claims (including professional compensation) and Priority Tax Claims shall be paid as mandated by §§ 1129(a)(9) and 1191(e) (except to the extent that a holder agrees otherwise).

16. Acceptance by at Least One Impaired Class. All impaired Classes have accepted the Plan, as shown by the Ballot Tabulation Register and other stipulations and filings of record. The acceptance of at least one of such accepting impaired Classes (*e.g.*, Classes 1, 3, and 5) has been determined without including the votes of any insiders, thus satisfying § 1129(a)(10).

17. Feasibility. The Confirmed Plan is feasible and complies with § 1129(a)(11). The Plan contemplates that the Debtor will continue in business, and that the Debtor's projected "Disposable Income" will be distributed to the holders of Allowed Claims. The Plan Projections are reasonable and based on the Debtor's history of operations, including its operations in the pendency of this Case.

i. Additionally, the Plan Projections account for the fact that much of the Debtor's Park City business is no longer operating. Although the Debtor's recent monthly operating reports show losses for the Debtor, that has always been the case during the fall seasons, as the Debtor is a seasonal business. The Debtor's busiest months are winter (by far), and then summer. Most of the Debtor's winter bookings are made in January, when ski season is in full swing. As of December 11, 2023, as

DocuSign Envelope ID: 36DB66DB-611A-4D97-AFC2-50206C64DABB

shown on the attached **Exhibit "1"**, the Debtor has $429,000 in advance bookings through May. The Debtor still has significant inventory that remains available for booking, and consistent with historical patterns, I expect bookings to increase substantially in the next months.

ii. The Debtor's summer season came immediately after the bankruptcy filing, and I was forced to make significant adjustments to the Debtor's business due to the bankruptcy case and the downsizing of the Park City operations, which impacted the Debtor's profitability during those months. Now that many of those adjustments have been made, I expect the Debtor to perform profitably on a year-to-year basis during the Plan Period.

iii. I am continually making efforts to adjust the Debtor's business to maximize efficiency and profitability. For example, the Debtor rejected its leases of office space and storage space in Park City earlier in the Case. I also plan to sell one of the Debtor's two vehicles to further reduce operating costs. And I plan to regularly assess and streamline the Debtor's operating costs, now that the majority of its business will be in Lake Tahoe.

iv. Accordingly, confirmation is not likely to be followed by a liquidation or the need for further financial reorganization of the Debtor. I have reviewed the Debtor's Plan Projections, and I believe that they are reasonable given the Debtor's history as a business, even when accounting for the unusual fluctuations caused or contributed to by Covid-19.

18. Payment of Fees. Because this is a case under Subchapter V of Chapter 11 (a "**SBRA Case**"), no fees are payable under 28 U.S.C. § 1930. Thus, § 1129(a)(12) is satisfied.

19. Continuation of Retiree Benefits. The Confirmed Plan complies with § 1129(a)(13). The Debtor is not obligated to pay any retiree benefits subject to § 1114.

DocuSign Envelope ID: 36DB66DB-611A-4D97-AFC2-50206C64DABB

20. No Domestic Support Obligations. The Debtor does not have any domestic support obligations. Therefore, § 1129(a)(14) is not applicable.

21. § 1129(a)(15) Is Not Applicable. The Debtor is not an individual, and as such, § 1129(a)(15) does not apply to this Case.

22. Transfers Will Comply with Non-bankruptcy Law. The Confirmed Plan complies with § 1129(a)(16) because any transfers of assets to be made under the Confirmed Plan will be made in accordance with applicable non-bankruptcy law that governs the transfer of property by a corporation or trust that is not a moneyed, business, or commercial corporation or trust.

23. §§ 1129(b), (c) and (e) Are Not Applicable. Pursuant to section 1181(a) of the Bankruptcy Code, §§ 1129(b), (c) and (e) do not apply to a SBRA Case.

24. Confirmation Pursuant to § 1191(a). All Classes of Claims and Interest have accepted (or are deemed to accept) the Plan. Further, as described above, all of the requirements of § 1129(a), other than paragraph (15) of that section (which is not applicable, because the Debtor is not an individual), are met. Accordingly, the Debtor is asking the Court to confirm the Plan pursuant to § 1191(a).

25. Fair and Equitable; No Unfair Discrimination – § 1191(b). Confirmation pursuant to the "cram down" exception under § 1191(b) is not necessary. To the extent 1191(b) applies, however, the Plan is fair and equitable and does not discriminate unfairly as to any Class of Claims or Interests, except as otherwise stipulated or agreed upon by the particular holder.

26. No Other Plan. Although § 1129(c) does not apply to this SBRA Case, § 1129(c) nonetheless is satisfied. No other chapter 11 plan is pending or has been confirmed in this Case.

27. Principal Purpose of Confirmed Plan. The principal purpose of the Plan is not the avoidance of taxes or the avoidance of the application of section 5 of the Securities Act of 1933 (15 U.S.C. § 77e). Rather, the principal purposes of the Plan are to reorganize the Debtor, pay the Debtor's Disposable Income to holders of Allowed Claims (consisting in part of a substantial

sum of taxes), and assist the Debtor in continuing as a going concern business. Therefore, the Confirmed Plan satisfies the requirements of § 1129(d).

28. In summary, I believe that the Plan complies with, and the Debtor has satisfied, all applicable confirmation requirements, and request on behalf of the Debtor that the Plan be confirmed by the Court.

29. Solicitation. As evidenced by the docket in this Case, including the Plan, the Notice(s), the Certificate(s) of Service and the Ballot Tabulation Summary, the Plan was disseminated to all creditors and interest holders entitled to vote together with appropriate ballots. Further, the Plan and Notice(s) were transmitted and served on all parties entitled to copies of thereof (including all creditors on the mailing matrix and all persons entitled to vote on the Plan) in substantial compliance with the Bankruptcy Code, Bankruptcy Rules and relevant orders of the Court, as I understand them. To the best of my knowledge, all procedures used to distribute solicitation materials for the Plan and to tabulate the ballots were fair and conducted in accordance with the Bankruptcy Code, the Bankruptcy Rules, the local rules of the Court, and all other rules, laws, and regulations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge and belief.

EXECUTED this 12/11/2023 ___ day of December, 2023.

DocuSigned by:

CC308EAEFF754C6...

**JEFFREY JENSON**

# EXHIBIT 1

# Booking Tax Details Arrival 12/1/2023 - 5/31/2024



**Tax District** **City of South Lake Tahoe**

| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00130 | 1/1/2024<br>31/2 | [redacted]<br>[redacted] | 2160 Big Pine Ave South Lake Tahoe California<br>United States | $2,750.00 | $0.00 | $0.00 |
| BKG-00254 | 1/1/2024<br>31/2 | [redacted]<br>[redacted] | 1125 Dedi Avenue South Lake Tahoe California<br>United States | $0.00 | $270.00 | $0.00 |
| BKG-00270 | 1/1/2024<br>31/2 | [redacted]<br>[redacted] | 1125 Johnson Blvd South Lake Tahoe California<br>United States | $7,000.00 | $0.00 | $0.00 |
| BKG-00013 | 1/2/2024<br>4/6 | [redacted]<br>[redacted] | 3987 Manzanita Ave Unit 303 South Lake Tahoe<br>United States | $2,000.00 | $438.00 | $289.92 |
| BKG-00084 | 1/2/2024<br>4/2 | [redacted]<br>[redacted] | 4077 Saddle Road South Lake Tahoe California<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00085 | 1/4/2024<br>28/2 | [redacted]<br>[redacted] | 3491 April Dr South Lake Tahoe California 96150<br>United States | $4,666.67 | $1,066.67 | $0.00 |
| BKG-00016 | 1/12/2024<br>3/6 | [redacted]<br>[redacted] | 3987 Manzanita Ave Unit 303 South Lake Tahoe<br>United States | $1,215.00 | $425.10 | $187.63 |
| BKG-00089 | 1/13/2024<br>32/10 | [redacted]<br>[redacted] | 4077 Saddle Road South Lake Tahoe California<br>PO Box 234 Fair Oaks CA 95628 United States | $7,000.00 | $1,150.00 | $0.00 |
| BKG-00261 | 1/13/2024<br>19/2 | [redacted]<br>[redacted] | 1125 Dedi Avenue South Lake Tahoe California<br>United States | $3,677.42 | $1,037.10 | $0.00 |
| BKG-00207 | 1/25/2024<br>3/6 | [redacted]<br>[redacted] | 3987 Manzanita Ave Unit 303 South Lake Tahoe<br>4015 E. Western Star Blvd Phoenix AZ 85044 US | $1,509.55 | $461.82 | $225.87 |
| BKG-00086 | 2/1/2024<br>29/2 | [redacted]<br>[redacted] | 3491 April Dr South Lake Tahoe California 96150<br>United States | $5,000.00 | $500.00 | $0.00 |
| BKG-00131 | 2/1/2024<br>29/2 | [redacted]<br>[redacted] | 2160 Big Pine Ave South Lake Tahoe California<br>United States | $2,750.00 | $0.00 | $0.00 |
| BKG-00260 | 2/1/2024<br>29/2 | [redacted]<br>[redacted] | 1125 Dedi Avenue South Lake Tahoe California<br>United States | $0.00 | $625.00 | $75.00 |
| BKG-00262 | 2/1/2024<br>29/2 | [redacted]<br>[redacted] | 1125 Dedi Avenue South Lake Tahoe California<br>United States | $6,000.00 | $750.00 | $0.00 |
| BKG-00271 | 2/1/2024<br>29/2 | [redacted]<br>[redacted] | 1125 Johnson Blvd South Lake Tahoe California<br>United States | $7,000.00 | $0.00 | $0.00 |
| BKG-00181 | 2/2/2024<br>28/10 | [redacted]<br>[redacted] | 3401 Pine Hill Road South Lake Tahoe California<br>United States | $4,536.00 | $1,931.50 | $0.00 |
| BKG-00210 | 2/8/2024<br>31/2 | [redacted]<br>[redacted] | 1125 Dedi Avenue South Lake Tahoe California<br>United States | $0.00 | $267.04 | $0.00 |
| BKG-00245 | 2/8/2024<br>22/6 | [redacted]<br>[redacted] | 3541 April Drive South Lake Tahoe California<br>United States | $2,503.45 | $1,594.79 | $0.00 |
| BKG-00004 | 2/10/2024<br>6/6 | [redacted]<br>[redacted] | 3987 Manzanita Ave Unit 303 South Lake Tahoe<br>United States | $3,000.00 | $489.00 | $414.72 |
| BKG-00168 | 2/15/2024<br>5/2 | [redacted]<br>[redacted] | 4077 Saddle Road South Lake Tahoe California<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00005 | 2/16/2024<br>4/3 | [redacted]<br>[redacted] | 3987 Manzanita Ave Unit 303 South Lake Tahoe<br>United States | $2,200.00 | $446.00 | $314.88 |

# Booking Tax Details Arrival 12/1/2023 - 5/31/2024



| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00205 | 2/21/2024<br>3/4 | [redacted] | 3987 Manzanita Ave Unit 303 South Lake Tahoe<br>411 Lotus Lane Mountain View CA 94043 US | $1,660.20 | $473.82 | $244.66 |
| BKG-00087 | 3/1/2024<br>31/2 | [redacted] | 3491 April Dr South Lake Tahoe California 96150<br>United States | $5,000.00 | $500.00 | $0.00 |
| BKG-00132 | 3/1/2024<br>31/2 | [redacted] | 2160 Big Pine Ave South Lake Tahoe California<br>United States | $2,750.00 | $0.00 | $0.00 |
| BKG-00182 | 3/1/2024<br>16/2 | [redacted] | 3401 Pine Hill Road South Lake Tahoe California<br>United States | $2,592.00 | $458.06 | $0.00 |
| BKG-00246 | 3/1/2024<br>31/2 | [redacted] | 3541 April Drive South Lake Tahoe California<br>United States | $3,300.00 | $652.00 | $0.00 |
| BKG-00263 | 3/1/2024<br>31/2 | [redacted] | 1125 Dedi Avenue South Lake Tahoe California<br>United States | $6,000.00 | $750.00 | $0.00 |
| BKG-00272 | 3/1/2024<br>31/2 | [redacted] | 1125 Johnson Blvd South Lake Tahoe California<br>United States | $7,000.00 | $0.00 | $0.00 |
| BKG-00068 | 3/9/2024<br>8/2 | [redacted] | 4077 Saddle Road South Lake Tahoe California<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00133 | 4/1/2024<br>30/2 | [redacted] | 2160 Big Pine Ave South Lake Tahoe California<br>United States | $2,750.00 | $0.00 | $0.00 |
| BKG-00264 | 4/1/2024<br>30/2 | [redacted] | 1125 Dedi Avenue South Lake Tahoe California<br>United States | $6,000.00 | $750.00 | $0.00 |
| BKG-00273 | 4/1/2024<br>30/2 | [redacted] | 1125 Johnson Blvd South Lake Tahoe California<br>United States | $7,000.00 | $0.00 | $0.00 |
| BKG-00134 | 5/1/2024<br>31/2 | [redacted] | 2160 Big Pine Ave South Lake Tahoe California<br>United States | $2,750.00 | $0.00 | $0.00 |
| BKG-00265 | 5/1/2024<br>31/2 | [redacted] | 1125 Dedi Avenue South Lake Tahoe California<br>United States | $6,000.00 | $750.00 | $0.00 |
| BKG-00274 | 5/1/2024<br>31/2 | [redacted] | 1125 Johnson Blvd South Lake Tahoe California<br>United States | $7,000.00 | $0.00 | $0.00 |
| BKG-00121 | 12/1/2023<br>31/2 | [redacted] | 1125 Johnson Blvd South Lake Tahoe California<br>United States | $7,000.00 | $0.00 | $0.00 |
| BKG-00129 | 12/1/2023<br>31/2 | [redacted] | 2160 Big Pine Ave South Lake Tahoe California<br>United States | $2,750.00 | $0.00 | $0.00 |
| BKG-00061 | 12/6/2023<br>4/2 | [redacted] | 3987 Manzanita Ave Unit 303 South Lake Tahoe<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00253 | 12/9/2023<br>23/2 | [redacted] | 1125 Dedi Avenue South Lake Tahoe California<br>United States | $0.00 | $1,033.06 | $0.00 |
| BKG-00186 | 12/24/2023<br>9/2 | [redacted] | 3987 Manzanita Ave Unit 303 South Lake Tahoe<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00065 | 12/26/2023<br>7/2 | [redacted] | 929 Sagewood Drive South Lake Tahoe<br>United States | $0.00 | $0.00 | $0.00 |
| **Totals** | **City of South Lake Tahoe** | | | **$132,360.29** | **$16,818.96** | **$1,752.68** |

**Tax District** **City of South Lake Tahoe 14%**

# Booking Tax Details Arrival 12/1/2023 - 5/31/2024



| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00050 | 1/12/2024<br>3/4 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $2,800.00 | $645.12 | $470.96 |
| BKG-00197 | 1/18/2024<br>3/1 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>1525 main street Dallas TX 75201 US | $0.00 | $423.32 | $40.13 |
| BKG-00049 | 1/25/2024<br>3/7 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $2,850.00 | $680.50 | $491.96 |
| BKG-00218 | 1/31/2024<br>5/6 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>3 coventry lane Topsfield MA 01983 US | $0.00 | $576.20 | $50.83 |
| BKG-00048 | 2/9/2024<br>3/8 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $2,850.00 | $932.44 | $499.94 |
| BKG-00047 | 2/13/2024<br>4/7 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>37848 Siesta Street Harrison Township 48045 United States | $3,350.00 | $1,002.14 | $574.14 |
| BKG-00046 | 2/18/2024<br>6/6 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>901 Dauphine Street Nashville TN 37221 United States | $4,320.00 | $1,221.40 | $718.09 |
| BKG-00045 | 2/25/2024<br>5/7 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $4,000.00 | $577.50 | $637.00 |
| BKG-00192 | 3/10/2024<br>6/6 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $5,700.00 | $811.00 | $906.92 |
| BKG-00044 | 3/16/2024<br>7/7 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $6,650.00 | $854.50 | $1,045.24 |
| BKG-00043 | 3/24/2024<br>6/10 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>Rio Hudson 489 Monterrey Del Valle 19 66220 Mexico | $4,800.00 | $775.00 | $775.88 |
| BKG-00042 | 3/31/2024<br>5/8 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $4,000.00 | $942.23 | $651.67 |
| BKG-00184 | 12/16/2023<br>6/2 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $5,985.00 | $1,421.20 | $965.17 |
| BKG-00052 | 12/22/2023<br>7/8 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $9,600.00 | $1,510.31 | $1,476.70 |
| BKG-00051 | 12/29/2023<br>7/8 | [redacted]<br>[redacted] | 4118 Lake Tahoe Blvd South Lake Tahoe<br>United States | $8,850.00 | $1,364.53 | $1,356.60 |
| **Totals** | **City of South Lake Tahoe 14%** | | | **$65,755.00** | **$13,737.39** | **$10,661.23** |

**Tax District** **County of El Dorado**

| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00175 | 1/1/2024<br>31/2 | [redacted]<br>[redacted] | 1829 Bakersfield Street South Lake Tahoe<br>United States | $3,000.00 | $605.00 | $0.00 |
| BKG-00189 | 1/1/2024<br>31/2 | [redacted]<br>[redacted] | 1783 Saponi St. South Lake Tahoe California<br>7260 Giovanetti Road Forestville CA 95436 United States | $2,800.00 | $0.00 | $0.00 |
| BKG-00036 | 1/2/2024<br>5/6 | [redacted]<br>[redacted] | 1614 Plumas Circle South Lake Tahoe California<br>545 El Bosque Road Walnut Cottage K Santa Barbara CA 93108 | $3,250.00 | $1,190.00 | $580.30 |
| BKG-00193 | 1/2/2024<br>4/2 | [redacted]<br>[redacted] | 3383 Beaver Brae South Lake Tahoe California<br>United States | $1,580.00 | $576.20 | $0.00 |
| BKG-00219 | 1/2/2024<br>4/9 | [redacted]<br>[redacted] | 1352 Ottowa Drive South Lake Tahoe California<br>No address provided Irvine NA 92612 US | $2,600.00 | $914.16 | $458.50 |

# Booking Tax Details Arrival 12/1/2023 - 5/31/2024



| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00021 | 1/4/2024 | [redacted] | 1534 Skyline Drive South Lake Tahoe California | $2,700.00 | $933.00 | $0.00 |
| | 3/10 | [redacted] | United States | | | |
| BKG-00223 | 1/4/2024 | [redacted] | 2515 Cold Creek Trail South Lake Tahoe | $1,275.00 | $520.04 | $234.50 |
| | 3/7 | [redacted] | No address provided Irvine NA 92612 US | | | |
| BKG-00167 | 1/8/2024 | [redacted] | 1614 Plumas Circle South Lake Tahoe California | $0.00 | $0.00 | $0.00 |
| | 10/2 | [redacted] | 3406 Beacon Street Pompano Beach FL 33062 United States | | | |
| BKG-00066 | 1/12/2024 | [redacted] | 1534 Skyline Drive South Lake Tahoe California | $0.00 | $0.00 | $0.00 |
| | 3/2 | [redacted] | 38199 Patwin Terrace Davis CA 95616 United States | | | |
| BKG-00179 | 1/12/2024 | [redacted] | 2515 Cold Creek Trail South Lake Tahoe | $1,700.00 | $524.00 | $0.00 |
| | 4/5 | [redacted] | United States | | | |
| BKG-00247 | 1/18/2024 | [redacted] | 1534 Skyline Drive South Lake Tahoe California | $2,700.00 | $922.32 | $472.50 |
| | 3/11 | [redacted] | No address provided Irvine NA 92612 US | | | |
| BKG-00153 | 2/1/2024 | [redacted] | 534 Tahoe Keys Blvd South Lake Tahoe | $4,913.80 | $327.59 | $0.00 |
| | 19/2 | [redacted] | 260 Big Tree Lane Watsonville CA 95076 United States | | | |
| BKG-00178 | 2/1/2024 | [redacted] | 1829 Bakersfield Street South Lake Tahoe | $3,000.00 | $605.00 | $0.00 |
| | 29/2 | [redacted] | United States | | | |
| BKG-00190 | 2/1/2024 | [redacted] | 1783 Saponi St. South Lake Tahoe California | $2,800.00 | $0.00 | $0.00 |
| | 29/2 | [redacted] | 7260 Giovanetti Road Forestville CA 95436 United States | | | |
| BKG-00060 | 2/9/2024 | [redacted] | 2515 Cold Creek Trail South Lake Tahoe | $0.00 | $0.00 | $0.00 |
| | 3/2 | [redacted] | United States | | | |
| BKG-00082 | 2/9/2024 | [redacted] | 1534 Skyline Drive South Lake Tahoe California | $0.00 | $0.00 | $0.00 |
| | 3/2 | [redacted] | 38199 Patwin Terrace Davis CA 95616 United States | | | |
| BKG-00252 | 2/9/2024 | [redacted] | 1614 Plumas Circle South Lake Tahoe California | $0.00 | $210.00 | $14.70 |
| | 3/2 | | United States | | | |
| BKG-00009 | 2/16/2024 | [redacted] | 2515 Cold Creek Trail South Lake Tahoe | $1,485.00 | $515.40 | $0.00 |
| | 3/10 | [redacted] | United States | | | |
| BKG-00020 | 2/16/2024 | [redacted] | 1534 Skyline Drive South Lake Tahoe California | $2,700.00 | $933.00 | $0.00 |
| | 3/8 | [redacted] | United States | | | |
| BKG-00229 | 2/16/2024 | [redacted] | 1614 Plumas Circle South Lake Tahoe California | $2,616.09 | $937.00 | $479.09 |
| | 4/5 | [redacted] | 229 Nevada Street San Francisco CA 94110 US | | | |
| BKG-00202 | 2/17/2024 | [redacted] | 1352 Ottowa Drive South Lake Tahoe California | $4,575.79 | $1,120.00 | $768.01 |
| | 7/8 | [redacted] | 4422 South Park Dr Sacramento CA 95821 US | | | |
| BKG-00019 | 2/22/2024 | [redacted] | 1534 Skyline Drive South Lake Tahoe California | $2,700.00 | $933.00 | $0.00 |
| | 3/12 | [redacted] | United States | | | |
| BKG-00234 | 2/22/2024 | [redacted] | 2515 Cold Creek Trail South Lake Tahoe | $1,485.00 | $537.18 | $263.90 |
| | 3/4 | [redacted] | No address provided Irvine NA 92612 US | | | |
| BKG-00176 | 3/1/2024 | [redacted] | 1829 Bakersfield Street South Lake Tahoe | $3,000.00 | $605.00 | $0.00 |
| | 31/2 | [redacted] | United States | | | |
| BKG-00069 | 3/6/2024 | [redacted] | 1614 Plumas Circle South Lake Tahoe California | $0.00 | $0.00 | $0.00 |
| | 21/2 | [redacted] | United States | | | |
| BKG-00166 | 12/1/2023 | [redacted] | 1829 Bakersfield Street South Lake Tahoe | $3,000.00 | $605.00 | $0.00 |
| | 31/2 | [redacted] | United States | | | |
| BKG-00188 | 12/1/2023 | [redacted] | 1783 Saponi St. South Lake Tahoe California | $2,800.00 | $0.00 | $0.00 |
| | 31/2 | [redacted] | 7260 Giovanetti Road Forestville CA 95436 United States | | | |

DocuSign Envelope ID: 36DB66DB-611A-4D97-AFC2-50206C64DABB

# Booking Tax Details Arrival 12/1/2023 - 5/31/2024



| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00022 | 12/13/2023<br>4/12 | [redacted] | 1534 Skyline Drive South Lake Tahoe California<br>United States | $3,600.00 | $969.00 | $0.00 |
| BKG-00230 | 12/20/2023<br>5/5 | [redacted] | 1557 Sikes Court South Lake Tahoe California<br>No address provided Irvine NA 92612 US | $0.00 | $84.00 | $0.00 |
| BKG-00028 | 12/22/2023<br>4/4 | [redacted] | 3383 Beaver Brae South Lake Tahoe California<br>United States | $1,638.00 | $610.32 | $299.08 |
| BKG-00007 | 12/23/2023<br>6/6 | [redacted] | 2515 Cold Creek Trail South Lake Tahoe<br>United States | $4,090.00 | $619.60 | $0.00 |
| BKG-00240 | 12/23/2023<br>3/6 | [redacted] | 1557 Sikes Court South Lake Tahoe California<br>No address provided Irvine NA 92612 US | $1,100.00 | $304.00 | $189.00 |
| BKG-00220 | 12/25/2023<br>5/2 | [redacted] | 1562 Tionontati Street South Lake Tahoe<br>1306 Chandon Court San Jose CA 95125 United States | $0.00 | $0.00 | $0.00 |
| BKG-00072 | 12/26/2023<br>6/2 | [redacted] | 1534 Skyline Drive South Lake Tahoe California<br>38199 Patwin Terrace Davis CA 95616 United States | $0.00 | $0.00 | $0.00 |
| BKG-00196 | 12/26/2023<br>7/9 | [redacted] | 1352 Ottowa Drive South Lake Tahoe California<br>United States | $5,600.00 | $1,008.00 | $0.00 |
| BKG-00209 | 12/26/2023<br>3/1 | [redacted] | 3383 Beaver Brae South Lake Tahoe California<br>1508 Kingsford Drive Carmichael CA 95608 United States | $0.00 | $0.00 | $0.00 |
| BKG-00177 | 12/27/2023<br>6/9 | [redacted] | 1614 Plumas Circle South Lake Tahoe California<br>United States | $6,600.00 | $1,048.00 | $0.00 |
| BKG-00152 | 12/28/2023<br>35/10 | [redacted] | 534 Tahoe Keys Blvd South Lake Tahoe<br>260 Big Tree Lane Watsonville CA 95076 United States | $8,467.74 | $1,364.51 | $0.00 |
| BKG-00027 | 12/29/2023<br>4/7 | [redacted] | 3383 Beaver Brae South Lake Tahoe California<br>United States | $2,380.00 | $608.20 | $0.00 |
| BKG-00227 | 12/30/2023<br>3/2 | [redacted] | 1562 Tionontati Street South Lake Tahoe<br>1306 Chandon Court San Jose CA 95125 United States | $0.00 | $0.00 | $0.00 |
| **Totals** | **County of El Dorado** | | | **$90,156.42** | **$20,128.52** | **$3,759.58** |

**Tax District** **Douglas County**

| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00092 | 1/1/2024<br>31/2 | [redacted] | 124 Ponderosa Drive Zephyr Cove Nevada<br>7045 Colton Blvd Oakland CA 94611 United States | $3,999.00 | $0.00 | $0.00 |
| BKG-00125 | 1/1/2024<br>31/2 | [redacted] | 306 Chimney Rock Road Stateline Nevada<br>United States | $1,800.00 | $0.00 | $0.00 |
| BKG-00139 | 1/1/2024<br>31/2 | [redacted] | 151 Palisades Drive Unit 3 Stateline Nevada<br>United States | $2,000.00 | $0.00 | $0.00 |
| BKG-00143 | 1/1/2024<br>31/2 | [redacted] | 92 North Rubicon Circle, Unit A Zephyr Cove<br>United States | $4,500.00 | $0.00 | $0.00 |
| BKG-00012 | 1/2/2024<br>5/2 | [redacted] | 769 North Bowl Unit A Stateline Nevada 89449<br>United States | $2,500.00 | $467.00 | $411.88 |
| BKG-00278 | 1/2/2024<br>4/2 | [redacted] | 315 Olympic Court Stateline Nevada 89449<br>Herminio Ciscomani 912 Hermosillo NA 83150 MX | $1,020.00 | $364.00 | $177.80 |
| BKG-00025 | 1/3/2024<br>3/10 | [redacted] | 282 Chimney Rock Road Stateline Nevada<br>United States | $1,800.00 | $814.00 | $363.86 |

DocuSign Envelope ID: 36DB66DB-611A-4D97-AFC2-50206C64DABB

# Booking Tax Details Arrival 12/1/2023 - 5/31/2024



| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00081 | 1/3/2024<br>5/2 | [redacted] | 175 Tudor Lane Stateline Nevada 89449<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00115 | 1/3/2024<br>3/7 | [redacted] | 1141 HWY 50 Glenbrook Nevada 89413<br>United States | $2,700.00 | $923.00 | $505.12 |
| BKG-00110 | 1/11/2024<br>3/2 | [redacted] | 268 Lark Circle Glenbrook Nevada 89413<br>43 Olmpia Hills Circle Las Vegas NV 89141 United States | $0.00 | $0.00 | $0.00 |
| BKG-00024 | 1/12/2024<br>3/10 | [redacted] | 282 Chimney Rock Road Stateline Nevada<br>United States | $1,800.00 | $814.00 | $363.86 |
| BKG-00286 | 1/12/2024<br>3/7 | [redacted] | 1141 HWY 50 Glenbrook Nevada 89413<br>7660 Fay Ave Ste H-156 La Jolla CA 92037 US | $2,718.50 | $961.20 | $494.07 |
| BKG-00093 | 2/1/2024<br>29/2 | [redacted] | 124 Ponderosa Drive Zephyr Cove Nevada<br>7045 Colton Blvd Oakland CA 94611 United States | $3,999.00 | $0.00 | $0.00 |
| BKG-00126 | 2/1/2024<br>29/2 | [redacted] | 306 Chimney Rock Road Stateline Nevada<br>United States | $1,800.00 | $0.00 | $0.00 |
| BKG-00140 | 2/1/2024<br>29/2 | [redacted] | 151 Palisades Drive Unit 3 Stateline Nevada<br>United States | $2,000.00 | $0.00 | $0.00 |
| BKG-00144 | 2/1/2024<br>29/2 | [redacted] | 92 North Rubicon Circle, Unit A Zephyr Cove<br>United States | $4,500.00 | $0.00 | $0.00 |
| BKG-00250 | 2/3/2024<br>22/2 | [redacted] | 129 Holly Lane. Glenbrook Nevada 89413<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00083 | 2/5/2024<br>4/2 | [redacted] | 767 Bigler Circle Unit A Stateline Nevada 89449<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00106 | 2/6/2024<br>3/2 | [redacted] | 175 Tudor Lane Stateline Nevada 89449<br>847 Tallac Ave South Lake Tahoe California 96150 United States | $0.00 | $228.80 | $16.02 |
| BKG-00023 | 2/9/2024<br>3/10 | [redacted] | 282 Chimney Rock Road Stateline Nevada<br>975 Elm Dr Rodeo CA 94572 United States | $1,800.00 | $941.00 | $358.12 |
| BKG-00282 | 2/9/2024<br>3/2 | [redacted] | 101 Sequoia Drive Stateline Nevada 89449<br>975 Elm Dr Rodeo CA 94572 United States | $1,800.00 | $846.00 | $346.22 |
| BKG-00195 | 2/15/2024<br>4/2 | [redacted] | 175 Tudor Lane Stateline Nevada 89449<br>United States | $3,180.00 | $760.20 | $548.83 |
| BKG-00067 | 2/16/2024<br>4/2 | [redacted] | 282 Chimney Rock Road Stateline Nevada<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00194 | 2/16/2024<br>3/2 | [redacted] | 315 Olympic Court Stateline Nevada 89449<br>United States | $750.00 | $330.00 | $149.10 |
| BKG-00284 | 2/18/2024<br>6/4 | [redacted] | 769 North Bowl Unit A Stateline Nevada 89449<br>241 Old Stonehouse Road North, Carlisle PA 17015 US | $3,020.04 | $596.40 | $483.46 |
| BKG-00029 | 2/22/2024<br>3/4 | [redacted] | 315 Olympic Court Stateline Nevada 89449<br>United States | $750.00 | $361.30 | $146.30 |
| BKG-00221 | 2/24/2024<br>5/2 | [redacted] | 268 Lark Circle Glenbrook Nevada 89413<br>43 Olmpia Hills Circle Las Vegas NV 89141 United States | $0.00 | $0.00 | $0.00 |
| BKG-00094 | 3/1/2024<br>31/2 | [redacted] | 124 Ponderosa Drive Zephyr Cove Nevada<br>7045 Colton Blvd Oakland CA 94611 United States | $3,999.00 | $0.00 | $0.00 |

# Booking Tax Details Arrival 12/1/2023 - 5/31/2024



| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00127 | 3/1/2024<br>31/2 | [redacted]<br>[redacted] | 306 Chimney Rock Road Stateline Nevada<br>United States | $1,800.00 | $0.00 | $0.00 |
| BKG-00145 | 3/1/2024<br>31/2 | [redacted]<br>[redacted] | 92 North Rubicon Circle, Unit A Zephyr Cove<br>United States | $4,500.00 | $0.00 | $0.00 |
| BKG-00010 | 3/10/2024<br>5/7 | [redacted]<br>[redacted] | 769 North Bowl Unit A Stateline Nevada 89449<br>United States | $2,125.00 | $656.92 | $355.73 |
| BKG-00243 | 3/22/2024<br>3/2 | [redacted]<br>[redacted] | 175 Tudor Lane Stateline Nevada 89449<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00232 | 3/23/2024<br>7/2 | [redacted]<br>[redacted] | 282 Chimney Rock Road Stateline Nevada<br>2116 Sierra Ventura Drive Los Altos CA 94024 United States | $0.00 | $0.00 | $0.00 |
| BKG-00095 | 4/1/2024<br>30/2 | [redacted]<br>[redacted] | 124 Ponderosa Drive Zephyr Cove Nevada<br>7045 Colton Blvd Oakland CA 94611 United States | $3,999.00 | $0.00 | $0.00 |
| BKG-00146 | 4/1/2024<br>30/2 | [redacted]<br>[redacted] | 92 North Rubicon Circle, Unit A Zephyr Cove<br>United States | $4,500.00 | $0.00 | $0.00 |
| BKG-00096 | 5/1/2024<br>31/2 | [redacted]<br>[redacted] | 124 Ponderosa Drive Zephyr Cove Nevada<br>7045 Colton Blvd Oakland CA 94611 United States | $3,999.00 | $0.00 | $0.00 |
| BKG-00147 | 5/1/2024<br>31/2 | [redacted]<br>[redacted] | 92 North Rubicon Circle, Unit A Zephyr Cove<br>United States | $4,500.00 | $0.00 | $0.00 |
| BKG-00015 | 5/18/2024<br>4/7 | [redacted]<br>[redacted] | 226 South Martin Dr Zephyr Cove Nevada<br>United States | $2,380.00 | $815.20 | $444.53 |
| BKG-00091 | 12/1/2023<br>31/2 | [redacted]<br>[redacted] | 124 Ponderosa Drive Zephyr Cove Nevada<br>7045 Colton Blvd Oakland CA 94611 United States | $3,999.00 | $0.00 | $0.00 |
| BKG-00124 | 12/1/2023<br>31/2 | [redacted]<br>[redacted] | 306 Chimney Rock Road Stateline Nevada<br>United States | $1,800.00 | $0.00 | $0.00 |
| BKG-00138 | 12/1/2023<br>31/2 | [redacted]<br>[redacted] | 151 Palisades Drive Unit 3 Stateline Nevada<br>United States | $2,000.00 | $0.00 | $0.00 |
| BKG-00142 | 12/1/2023<br>31/2 | [redacted]<br>[redacted] | 92 North Rubicon Circle, Unit A Zephyr Cove<br>United States | $4,500.00 | $0.00 | $0.00 |
| BKG-00198 | 12/1/2023<br>3/10 | [redacted]<br>[redacted] | 226 South Martin Dr Zephyr Cove Nevada<br>United States | $1,785.00 | $786.40 | $357.90 |
| BKG-00114 | 12/16/2023<br>10/6 | [redacted]<br>[redacted] | 101 Sequoia Drive Stateline Nevada 89449<br>United States | $5,796.00 | $965.84 | $939.66 |
| BKG-00233 | 12/17/2023<br>29/2 | [redacted]<br>[redacted] | 767 Bigler Circle Unit A Stateline Nevada 89449<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00199 | 12/21/2023<br>3/2 | [redacted] | 226 South Martin Dr Zephyr Cove Nevada<br>United States | $0.00 | $1,217.12 | $121.40 |
| BKG-00248 | 12/21/2023<br>5/7 | [redacted]<br>[redacted] | 1141 HWY 50 Glenbrook Nevada 89413<br>No address provided Irvine NA 92612 US | $6,025.00 | $1,338.20 | $938.00 |
| BKG-00026 | 12/22/2023<br>4/2 | [redacted]<br>[redacted] | 282 Chimney Rock Road Stateline Nevada<br>United States | $3,800.00 | $1,109.64 | $651.76 |
| BKG-00228 | 12/24/2023<br>9/3 | [redacted]<br>[redacted] | 769 North Bowl Unit A Stateline Nevada 89449<br>47 Joseph St. Manalapan NJ 07726 US | $6,036.69 | $852.60 | $922.67 |
| BKG-00008 | 12/25/2023<br>5/9 | [redacted]<br>[redacted] | 175 Tudor Lane Stateline Nevada 89449<br>United States | $5,025.00 | $839.00 | $817.46 |

# Booking Tax Details Arrival 12/1/2023 - 5/31/2024



| Booking | Start Date<br>Nights/Occ | Unit<br>Guest Name | Unit Address<br>Guest Address | Rent Total | Other Charges | Tax Total |
|---|---|---|---|---|---|---|
| BKG-00239 | 12/25/2023<br>5/2 | [redacted] | 268 Lark Circle Glenbrook Nevada 89413<br>United States | $0.00 | $1,720.00 | $172.90 |
| BKG-00017 | 12/26/2023<br>4/2 | [redacted] | 226 South Martin Dr Zephyr Cove Nevada<br>United States | $5,126.00 | $1,907.18 | $865.70 |
| BKG-00073 | 12/26/2023<br>3/2 | [redacted] | 282 Chimney Rock Road Stateline Nevada<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00259 | 12/29/2023<br>5/1 | [redacted] | 282 Chimney Rock Road Stateline Nevada<br>United States | $5,000.00 | $902.00 | $791.00 |
| BKG-00231 | 12/30/2023<br>3/2 | [redacted] | 175 Tudor Lane Stateline Nevada 89449<br>1414 46th Street Sacramento CA 95819 United States | $0.00 | $0.00 | $0.00 |
| BKG-00241 | 12/30/2023<br>8/8 | [redacted] | 101 Sequoia Drive Stateline Nevada 89449<br>United States | $0.00 | $454.00 | $31.78 |
| **Totals** | **Douglas County** | | | **$131,131.23** | **$21,971.00** | **$11,775.13** |
| **Tax District** | **Park City Proper** | | | | | |
| BKG-00105 | 4/3/2024<br>8/2 | [redacted] | 8886 Empire Club Drive Park City Utah 84060<br>847 Tallac Ave South Lake Tahoe California 96150 United States | $0.00 | $737.60 | $49.31 |
| **Totals** | **Park City Proper** | | | **$0.00** | **$737.60** | **$49.31** |
| **Tax District** | **Reno-Sparks Convention and** | | | | | |
| BKG-00032 | 1/3/2024<br>3/4 | [redacted] | 929 Northwood Blvd #98 Incline Village Nevada<br>United States | $1,485.00 | $639.78 | $263.13 |
| BKG-00238 | 1/8/2024<br>7/2 | [redacted] | 929 Northwood Blvd #98 Incline Village Nevada<br>118 Spencer Avenue Sausalito CA 95965 United States | $0.00 | $0.00 | $0.00 |
| BKG-00064 | 1/16/2024<br>16/2 | [redacted] | 1 Big Water Drive, Unit 301 Crystal Bay Nevada<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00236 | 1/18/2024<br>4/4 | [redacted] | 1 Big Water Drive Crystal Bay Nevada 89402<br>PO Box 404 Bloomfield Indiana 47424 United States | $3,180.00 | $1,042.80 | $498.73 |
| BKG-00059 | 2/2/2024<br>3/2 | [redacted] | 1 Big Water Drive, Unit 305 Crystal Bay Nevada<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00281 | 2/12/2024<br>4/2 | [redacted] | 929 Northwood Blvd #98 Incline Village Nevada<br>8331 Islandview Ct. Brighton MI 48114 US | $2,192.10 | $660.40 | $357.15 |
| BKG-00283 | 2/15/2024<br>9/2 | [redacted] | 1 Big Water Drive Crystal Bay Nevada 89402<br>United States | $0.00 | $0.00 | $0.00 |
| BKG-00030 | 2/17/2024<br>5/6 | [redacted] | 929 Northwood Blvd #98 Incline Village Nevada<br>1 Corte Cordova Greenbrae CA 94904 United States | $2,975.00 | $571.00 | $0.00 |
| BKG-00165 | 12/17/2023<br>15/2 | [redacted] | 1 Big Water Drive, Unit 301 Crystal Bay Nevada<br>120 S. Spalding Drive 315 Beverly Hills CA 90210 United States | $0.00 | $0.00 | $0.00 |
| **Totals** | **Reno-Sparks Convention and** | | | **$9,832.10** | **$2,913.98** | **$1,119.01** |
| **Totals** | | | | **$429,235.04** | **$76,307.45** | **$29,116.94** |